IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TURTLE ISLAND FOODS, SPC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:18-CV-04173-FJG |
| | ) |
| MARK RICHARDSON, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO ANSWER PLAINTIFFS' PETITION**

Comes now the defendant, Mark Richardson, Cole County Missouri Prosecutor, pursuant to Rule 6(b)(1)(A), and moves the Court as follows:

1. The complaint initiating this suit raises novel issues of fact, law, and the scope of remedies available to plaintiff, if any, in this federal case.

2. Defendant was personally served on September 4, 2018, making his answer due on September 25, 2018.

3. The undersigned has been retained to represent defendant and needs additional time to adequately prepare a meaningful and useful answer to the complaint. He requests 20 additional days, making his answer for defendant due on Monday, October 15, 2018.

4. There have been no previous requests by this party to extend this deadline.

Wherefore, defendant prays for the relief herein sought.

BERRY WILSON, L.L.C.


 /s/  Michael G. Berry
Michael G. Berry, #33790
Marshall V. Wilson, #38201
Theodore L. Lynch, #68221
235 East High Street, Suite 300
P.O. Box 1606
Jefferson City, MO  65102
(573) 638-7272
(573) 638-2693 (Facsimile)
theodorelynch@berrywilsonlaw.com
michaelberry@berrywilsonlaw.com
marshallwilson@berrywilsonlaw.com

Attorneys for Defendant