IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

Turtle Island Foods, SPC, doing business as )
The Tofurky Company; and )
The Good Food Institute, Inc., )
                                                         )
       Plaintiffs, )
                                                         )
v. )           No. 2:18-cv-4173-FJG
                                                         )
Mark Richardson, in his official capacity as )
Cole County Prosecuting Attorney and )
on behalf of all Missouri Prosecuting Attorneys, )
                                                         )
       Defendants. )

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, pursuant to Federal Rule of Civil Procedure 65(a), move this Court for entry of a preliminary injunction enjoining the enforcement of Mo. Rev. Stat. § 265.494(7) during the pendency of this action.

Entry of a preliminary injunction is appropriate in this case because (for the reasons set forth in the accompanying suggestions in support) Plaintiffs are likely to succeed on the merits, there is ongoing irreparable harm to Plaintiffs, the ongoing harm to Plaintiffs absent an injunction outweighs any harm an injunction would cause, and the issuance of an injunction is in the public interest.

Bond should be set at $100.00.

Plaintiffs request an evidentiary hearing.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
Phone: (816) 470-9938

Matthew Liebman*
Alene Anello*
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, California 94931
Phone: (707) 795-2533

Jessica Almy*
The Good Food Institute
1380 Monroe St. NW #229
Washington, DC 20010
Phone: (866) 849-4457

\* admitted *pro hac vice*

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel of record by operation of the Court's CM/ECF system on October 30, 2018.

/s/ Anthony E. Rothert