IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Turtle Island Foods, SPC, doing business as <br> The Tofurky Company; and <br> The Good Food Institute, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Mark Richardson, in his official capacity as <br> Cole County Prosecuting Attorney and <br> on behalf of all Missouri Prosecuting Attorneys, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 18-cv-4173 |

**DECLARATION OF JESSIE STEFFAN**

I, Jessie Steffan, declare as follows:

1. I am over the age of 18 and could and would competently testify to the following if called to do so. I offer this declaration in support of Plaintiffs' motion for preliminary injunction.

2. The Missouri House of Representatives uploads audio from some of its legislative proceedings on Granicus.com, a digital platform marketed to governments.

3. On October 30, 2018, I visited http://mohouse.granicus.com/MediaPlayer.php?view_id=1&clip_id=742, where the Missouri House has uploaded video from the May 17, 2018 floor discussion following the Third Reading of Senate Bills 627 and 925 in the House of Representatives, and I reviewed parts of that video.

4. At or around 1:27:49, Rep. Jeff Knight is depicted on that video and states, among other things, "all we're trying to do is basically just protect our meat industry" and "we're just trying to protect our product."

Plaintiffs' Exhibit 3

5. At or around 1:52:08, Rep. Greg Razer is depicted on that video and states, among other things, "We have to protect our cattle industry, our hog farmers, our chicken industry."

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October 2018.

By: /s/ Jessie Steffan
Jessie Steffan

Plaintiffs' Exhibit 3