IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

Turtle Island Foods, SPC, doing business as )
The Tofurky Company; and )
The Good Food Institute )
                                                        )
      Plaintiffs, )
                                                        )
v. )    No. 2:18-cv-4173-FJG
                                                        )
Mark Richardson, in his official capacity as )
Cole County Prosecuting Attorney and )
on behalf of all Missouri Prosecuting Attorneys, )
                                                        )
                                                        )
     Defendants. )

## MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs move this Court for certification of a Defendant Class. In support, they state:

1. In this action, Plaintiffs challenge recent amendments to Mo. Rev. Stat. § 265.494(7) that make "misrepresenting a product as meat that is not derived from harvested production livestock or poultry" a Class A misdemeanor, punishable by incarceration up to one year and a fine up to $1,000. *See* Mo. Rev. Stat. § 265.496 (penalty provision). Through this law, the Missouri legislature intended to—and has—criminalized the use of the word "meat" and meat-related terminology in the marketing and packaging of plant-based meat products.

2. The challenged provision is enforced by the individual prosecuting attorneys throughout Missouri.

3. The named Defendant is the Prosecuting Attorney for Cole County.

1

4. For the reasons set forth in the accompanying suggestions, this case meets the requirements for certification of a Defendant Class of Missouri Prosecuting Attorneys.

WHEREFORE Plaintiffs request this Court certify a Defendant Class of all Missouri Prosecuting Attorneys and appoint the Cole County Prosecuting Attorney, in his official capacity, as representative for the Defendant Class.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9933

Matthew Liebman*
Amanda M. Howell*
Alene Anello*
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, California 94931
Phone: (707) 795-2533

Jessica Almy*
The Good Food Intitute
1380 Monroe St. NW #229
Washington, DC 20010
Phone: (866) 849-4457

* admitted *pro hac vice*

**Attorneys for Plaintiffs**

2

## **CERTIFICATE OF SERVICE**

I certify that on November 29, 2018, I filed a copy of the foregoing electronically with the Court using the CM/ECF system, which sent notification to counsel.

/s/ Anthony E. Rothert