IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TURTLE ISLAND FOODS, )
SPC, et al. )
                     )
        Plaintiffs,  )
                     )
     v.              )   No. 2:18-cv-4173-FJG
                     )
MARK RICHARDSON,     )
                     )
        Defendant.   )

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The Parties, by and through counsel, request that the existing scheduling order in the case be amended to add specific deadlines for the State to respond to Plaintiffs' motions for a preliminary injunction and for class certification. In support, the Parties state as follows:

1. On October 26, 2018, the State moved to intervene in this case. Doc. 19.

2. On October 31, 2018, before the State's motion to intervene had been granted, Plaintiffs filed a motion for preliminary injunction. Doc. 23.

3. Suggestions in opposition to Plaintiffs' motion for preliminary injunction were due November 13, 2018 unless otherwise directed by the court. Doc. 23.

4. On November 29, 2018, before the State's motion to intervene had been granted, Plaintiffs filed a motion for class certification. Doc. 31.

5. Suggestions in opposition to Plaintiffs' motion for class certification were due December 13, 2018 unless otherwise directed by the court. Doc. 31.

6. The State's motion to intervene was granted on December 7, 2018. Doc. 33.

7. The current scheduling order, dated November 13, 2018, does not establish specific deadlines for filing suggestions in opposition to Plaintiff's outstanding motions. Doc. 29.

8. The Parties therefore request that the scheduling order be amended to include December 28, 2018 as the deadline for the State to file suggestions in opposition to Plaintiffs' motion for preliminary injunction, and to include December 28, 2018 as the deadline for the State to file suggestions in opposition to Plaintiffs' motion for class certification.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

*/s/ Peter Houser*
Ryan L. Bangert, #69644
Deputy Attorney General
Julie Marie Blake, #69643
Deputy Solicitor General
Peter A. Houser, #71278
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
(573) 751-1800
(573) 751-0774 (fax)
Ryan.Bangert@ago.mo.gov
Julie.Blake@ago.mo.gov
Peter.Houser@ago.mo.gov

*ATTORNEYS FOR STATE OF MISSOURI*

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
AMERICAN CIVIL LIBERTIES UNION
  OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, to be served on all counsel of record.

*/s/ Peter Houser*