IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TURTLE ISLAND FOODS, SPC, et al.
    Plaintiffs,

v.                                        Case No. 2:18-cv-4173-FJG

MARK RICHARDSON,
    Defendant.

## EXHIBIT C TO

### INTERVENOR'S SUGGESTIONS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

*Email message from Jessica O'Connell to Justin Smith, Request for review – Beyond Meat labels (September 10, 2018).*

| From: | O"Connell, Jessica |
|---|---|
| To: | Smith, Justin |
| Cc: | Brian Grace (brian.grace@nexus-grp.com); Allison Aronoff (aaronoff@beyondmeat.com) |
| Subject: | Request for review - Beyond Meat labels |
| Date: | Monday, September 10, 2018 12:39:20 PM |
| Attachments: | image001.jpg<br>BYMT Packaging Overview 9.10.18.pdf |

Dear Justin,

I hope you had a nice weekend. We very much appreciate the helpful guidance that the MDA issued late last month on Missouri's Meat Advertising Law (the Law). For a company with significant manufacturing operations and valued retail relationships in Missouri, clarity about MDA's intended implementation of the recently added provisions of the Law was needed, and we have reviewed the guidance closely.

I'm writing to request your feedback specifically on two questions about Beyond Meat products and labels:

1. Could you please confirm that MDA does not have concerns that our brand name, Beyond Meat, or the accompanying logo, when included in our labeling and advertising for products that clearly identified as "plant-based" consistent with MDA's guidance, misrepresents our products as "meat" in any way? We strongly believe that the brand name "Beyond Meat," inherently conveys that our products are **not** "meat," but are instead something different from (i.e., "beyond") meat, particularly in the context of our labels as a whole, which include many other statements that make clear that our products are plant-based.

2. Could you please confirm MDA's opinion, consistent with the guidance, that the products in our Fresh Product line –the Beyond Burger and the Beyond Sausage products – as currently labeled, do not misrepresent themselves as meat and thus do not violate Section 265.494(7) of the Law? We are confident that these products are not misrepresented as meat (as that term is defined in the Law). Specifically, as is clear in the attached pdf, the labels for these products include a prominent statement on the front of the package, immediately before the product name, that the products are "plant-based" ("plant-based burger patties" and "plant-based sausage"). The information panel of the product labels also clearly convey that the products are made from plants, with phrases such as "made from plants" and "plant-based" and a clear "vegan" certification icon.

If you have any questions or need any additional information, please do not hesitate to let me know.
Best,
Jessica

## Jessica P. O'Connell

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5180 | jpoconnell@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.