IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

Turtle Island Foods, SPC, doing business as )
    The Tofurky Company, and )
)
The Good Food Institute, Inc., )
)
    Plaintiffs, )
)
v. ) No. 2:18-cv-4173-FJG
)
Mark Richardson, in his official capacity as )
Cole County Prosecuting Attorney and )
on behalf of all Missouri Prosecuting Attorneys, )
)
    Defendant. )

## JOINT MOTION TO STAY

The Parties request this Court stay the scheduling order, ECF No. 29, as well as all pending motions, while the parties finalize their tentative settlement agreement. As reported to the Court, ECF No. 46, the parties reached a tentative settlement agreement at mediation, subject to agreement on final language and approval of necessary officials. Additional time, however, is needed to (1) exchange proposed language, and (2) get formal approval from all necessary government officials as to the final agreed-upon language. Given the imminent settlement, proceeding with the deadlines in the scheduling order would likely be a waste of resources. Nevertheless, if the scheduling order is not stayed, the parties will have to continue preparing this case for trial so that they are not prejudiced if the settlement is not finalized.

WHEREFORE the parties move this Court for entry of an order staying the scheduling order, ECF No. 29, as well as all pending motions and allowing such other relief as is appropriate.

1

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
AMERICAN CIVIL LIBERTIES UNION OF
   MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org

**ATTORNEYS FOR PLAINTIFF**

**JOSHUA D. HAWLEY**
Attorney General

/s/ Julie Marie Blake
Julie Marie Blake, #69643
Deputy Solicitor General
Peter A. Houser, #71278
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
(573) 751-1800
(573) 751-0774 (fax)
Julie.Blake@ago.mo.gov
Peter.Houser@ago.mo.gov
*Attorneys for State of Missouri*

Certificate of Service

I certify that on February 14, 2019, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

/s/ Anthony E. Rothert