**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| Turtle Island Foods, SPC, doing business as<br>         The Tofurky Company, and | ) | |
| The Good Food Institute, Inc., | ) | |
| | ) | |
|          Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-4173-FJG |
| | ) | |
| Mark Richardson, in his official capacity as<br>Cole County Prosecuting Attorney and<br>on behalf of all Missouri Prosecuting Attorneys, | ) | |
| | ) | |
|          Defendant. | ) | |

**JOINT STATUS REPORT**

On January 30, 2019, this Court directed the parties "to file either a stipulation of dismissal or a status report discussing settlement progress on or before 3/4/2019." ECF No. 46.

As reported to the Court, ECF No. 46, the parties reached a tentative settlement agreement at mediation, subject to agreement on final language and approval of necessary officials. Additional time, however, is needed to (1) exchange proposed language, and (2) get formal approval from all necessary government officials as to the final agreed-upon language.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
AMERICAN CIVIL LIBERTIES UNION OF
     MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org

**ATTORNEYS FOR PLAINTIFF**

**JOSHUA D. HAWLEY**
Attorney General

/s/ Julie Marie Blake
Julie Marie Blake, #69643
Deputy Solicitor General
Peter A. Houser, #71278
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
(573) 751-1800
(573) 751-0774 (fax)
Julie.Blake@ago.mo.gov
Peter.Houser@ago.mo.gov
*Attorneys for State of Missouri*

<u>Certificate of Service</u>

I certify that on March 1, 2019, a copy of the foregoing was electronically filed with the

Court using the CM/ECF system, which sent notification to counsel of record.

<u>/s/ Anthony E. Rothert</u>