IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Turtle Island Foods, SPC, doing business as<br>    The Tofurky Company, and | ) )<br>) | |
| The Good Food Institute, Inc., | ) )<br>) | |
|     Plaintiffs, | ) )<br>) | |
| v. | ) )<br>) | No. 2:18-cv-4173-FJG |
| Mark Richardson, in his official capacity as<br>Cole County Prosecuting Attorney and<br>on behalf of all Missouri Prosecuting Attorneys, | ) )<br>) )<br>) | |
|     Defendant. | ) | |

## JOINT STATUS REPORT

On March 1, 2019, this Court directed the parties "to file either a stipulation of dismissal or a status report discussing settlement progress on or before 4/1/2019." ECF No. 49. The parties are working diligently to execute a final settlement agreement, however, more time is needed to (1) continue to work on proposed language, and (2) get formal approval from all necessary government officials.

    Respectfully submitted,

    /s/ *Anthony E. Rothert*
    Anthony E. Rothert, #44827
    AMERICAN CIVIL LIBERTIES UNION OF
        MISSOURI FOUNDATION
    906 Olive Street, Suite 1130
    St. Louis, Missouri 63101
    Telephone: (314) 652-3114
    Facsimile: (314) 652-3112
    trothert@aclu-mo.org

    *Attorneys for Plaintiffs*

**ERIC SCHMITT**
Attorney General

<u>*/s/ Julie Marie Blake*</u>
Julie Marie Blake, #69643
Deputy Solicitor General
Peter A. Houser, #71278
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
(573) 751-1800
(573) 751-0774 (fax)
Julie.Blake@ago.mo.gov
Peter.Houser@ago.mo.gov
*Attorneys for State of Missouri*

Certificate of Service

I certify that on April 1, 2019, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

/s/ Anthony E. Rothert