IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Turtle Island Foods, SPC, doing business as <br> The Tofurky Company, and | ) <br> ) <br> ) | |
| The Good Food Institute, Inc., | ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | No. 2:18-cv-4173-FJG |
| Mark Richardson, in his official capacity as <br> Cole County Prosecuting Attorney and <br> on behalf of all Missouri Prosecuting Attorneys, | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

**J<small>OINT</small> S<small>TATUS REPORT</small>**

On April 1, 2019, this Court directed the parties "to file either a stipulation of dismissal or a status report discussing settlement progress on or before 5/1/2019." ECF No. 51. The parties are working diligently to execute a final settlement agreement, however, more time is needed to (1) continue to work on proposed language, and (2) get formal approval from all necessary government officials.

Respectfully submitted,

/s/ *Gillian R. Wilcox*
Gillian R. Wilcox, #61278
AMERICAN CIVIL LIBERTIES UNION OF
  MISSOURI FOUNDATION
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Telephone: (816) 470-9933
Facsimile: (314) 652-3112
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

1

**ERIC SCHMITT**
Attorney General

<u>*/s/ Julie Marie Blake*</u>
Julie Marie Blake, #69643
Deputy Solicitor General
Peter A. Houser, #71278
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
(573) 751-1800
(573) 751-0774 (fax)
Julie.Blake@ago.mo.gov
Peter.Houser@ago.mo.gov
*Attorneys for State of Missouri*

Certificate of Service

I certify that on May 1, 2019, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

/s/ *Gillian R. Wilcox*