IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Turtle Island Foods, SPC, doing business as<br>    The Tofurky Company, and | ) ) ) | |
| The Good Food Institute, Inc., | ) ) | |
|     Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:18-cv-4173-FJG |
| Mark Richardson, in his official capacity as<br>Cole County Prosecuting Attorney and<br>on behalf of all Missouri Prosecuting Attorneys, | ) ) ) ) | |
|     Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Justin D. Smith, Deputy Attorney General for Special Litigation, and enters his appearance on behalf of the State of Missouri.

Dated: July 3, 2019

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

 /s/ *Justin D. Smith*
Justin D. Smith, #63253
Deputy Attorney General for Special Litigation
Julie Marie Blake, #69643
Deputy Solicitor General
Peter A. Houser, #71278
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
(573) 751-1800
(573) 751-0774 (fax)
Justin.Smith@ago.mo.gov
Julie.Blake@ago.mo.gov
Peter.Houser@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, this Entry of Appearance was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

               /s/ *Justin D. Smith*