IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Turtle Island Foods, SPC, doing business as<br>    The Tofurky Company, and | ) ) ) | |
| The Good Food Institute, Inc., | ) ) | |
|     Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:18-cv-4173-FJG |
| Mark Richardson, in his official capacity as<br>Cole County Prosecuting Attorney and<br>on behalf of all Missouri Prosecuting Attorneys, | ) ) ) ) | |
|     Defendant. | ) | |

### JOINT STATUS REPORT

On June 4, 2019, this Court granted the parties an additional one month to file a Stipulation of Dismissal or a status report discussing settlement progress. ECF No. 55. This report is provided pursuant to the Court's order.

In their June 3, 2019 status report, the parties detailed their diligent efforts to reach a final settlement agreement. ECF No. 54. The parties communicated multiple times by telephone and by email but reached an impasse. The parties do not believe that additional time will allow for resolution of the impasse. The parties are grateful for the Court's patience as they attempted to reach a final settlement agreement.

Accordingly, the parties respectfully ask the Court to resume the litigation. Plaintiffs' motions for preliminary injunction and class certification are fully briefed. Plaintiffs requested an evidentiary hearing on the motion for preliminary injunction, ECF No. 23. Intervening Defendant State of Missouri requested oral argument on both motions, ECF Nos. 37-38.

Respectfully submitted,

/s/ *Gillian R. Wilcox*
Gillian R. Wilcox, #61278
AMERICAN CIVIL LIBERTIES UNION OF
 MISSOURI FOUNDATION
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Telephone: (816) 470-9933
Facsimile: (314) 652-3112
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

**ERIC S. SCHMITT**
Attorney General

*/s/ Justin D. Smith*
Justin D. Smith, #63253
Deputy Attorney General for Special Litigation
Julie Marie Blake, #69643
Deputy Solicitor General
Peter A. Houser, #71278
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
(573) 751-1800
(573) 751-0774 (fax)
Justin.Smith@ago.mo.gov
Julie.Blake@ago.mo.gov
Peter.Houser@ago.mo.gov
*Attorneys for State of Missouri*

<u>Certificate of Service</u>

I certify that on July 3, 2019, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

<u>/s/ *Justin D. Smith*</u>