# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| TURTLE ISLAND FOODS, SPC, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:18-CV-04173 ) |
| MARK RICHARDSON, | ) ) ) |
| Defendant. | ) |

## ORDER

    This case was reported settled on January 30, 2019. The parties were directed to file a Status Report or a Stipulation of Dismissal on or before July 3, 2019. On July 3, 2019 the parties filed a status report stating that although they have communicated multiple times by phone and email, they have reached an impasse and do not believe that additional time will allow for a resolution. The parties request that the Court resume the litigation. The Court will hold a teleconference with the parties on **August 8, 2019** at **1:00 p.m.** to discuss the status of the case and the impediments to settlement. Counsel are directed to call 888-675-2535 in order to participate. An Access Code will be sent by separate email to counsel.

Date: <u>July 26, 2019</u>                       **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                    Fernando J. Gaitan, Jr.
                                                         United States District Judge