IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TURTLE ISLAND FOODS, SPC, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:18-CV-04173 ) |
| MARK RICHARDSON, | ) ) ) |
| Defendant. | ) |

## ORDER

On August 8, 2019, the Court held a teleconference with the parties to discuss the status of the case and the impediments to settlement. After discussion with counsel, the Court believes that this case would benefit from participation in the Court's Mediation and Assessment Program.

Accordingly, the Court hereby **ORDERS** that this case be referred to the Director of the Court's Mediation and Assessment Program, Jill A. Morris. The parties are directed to email the courtroom deputy Christy Anderson at Christy_Anderson@mow.uscourts.gov and also contact the Mediation and Assessment Program office by noon on **August 9, 2019** to advise the Court as to which of the available dates the parties have selected for the mediation.

Date: August 8, 2019
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge