**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| Turtle Island Foods, SPC, doing business as ) | | |
| The Tofurky Company; and ) | | |
| The Good Food Institute, Inc., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | No. 18-cv-4173-FJG | |
| ) | | |
| Locke Thompson, in his official capacity as ) | | |
| Cole County Prosecuting Attorney and ) | | |
| on behalf of all Missouri Prosecuting Attorneys, ) | | |
| ) | | |
| Defendants. ) | | |

## Notice of Appeal

Notice is given that Plaintiffs hereby appeal to the United States Court of Appeals for the Eighth Circuit from the interlocutory order dated September 30, 2019, ECF No. 66, denying their motion for preliminary injunction. A copy of the order is attached hereto.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
Phone: (816) 470-9938

Matthew Liebman, *pro hac vice*
Amanda M. Howell, *pro hac vice*
Alene Anello, *pro hac vice*

Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, California 94931
Phone: (707) 795-2533

Jessica Almy, *pro hac vice*
The Good Food Institute
1380 Monroe St. NW #229
Washington, DC 20010
Phone: (866) 849-4457

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on October 2, 2019, I filed a copy of the foregoing electronically with the Court using the CM/ECF system, which sent notification to counsel.

/s/ Anthony E. Rothert