———————

No: 19-8019

———————

Turtle Island Foods, SPC, doing business as The Tofurky Company; The Good Food Institute, Inc.

Respondents

v.

Locke Thompson, in his official capacity as Cole County Prosecuting Attorney and on behalf of a defendant class of all Missouri Prosecuting Attorneys

State of Missouri

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04173-FJG)

---

**JUDGMENT**

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

Petition for permission to appeal has been considered by the court and is denied. Mandate shall issue forthwith.

December 11, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans