# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-8019

Turtle Island Foods, SPC, doing business as The Tofurky Company and The Good Food Institute, Inc.

Respondents

v.

Locke Thompson, in his official capacity as Cole County Prosecuting Attorney and on behalf of a defendant class of all Missouri Prosecuting Attorneys

State of Missouri

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04173-FJG)

---

**MANDATE**

In accordance with the judgment of 12/11/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 11, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit