# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3154

Turtle Island Foods, SPC, doing business as The Tofurky Company and The Good Food Institute, Inc.

Appellants

v.

Locke Thompson, in his official capacity as Cole County Prosecuting Attorney and on behalf of a defendant class of all Missouri Prosecuting Attorneys and State of Missouri

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04173-FJG)
_____

**ORDER**

The motion to withdraw as counsel filed by Ms. Sarah Elizabeth Jones. Ms. Sarah Elizabeth Jones for State of Missouri has been granted leave to withdraw from this case.

March 03, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans