IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TURTLE ISLAND FOODS, SPC, doing business as THE TOFURKY COMPANY and THE GOOD FOOD INSTITUTE, INC.<br>**Plaintiffs**<br>v.<br>LOCKE THOMPSON, in his official capacity as Cole County prosecuting attorney and on behalf of a *defendant* class of all Missouri prosecuting attorneys<br>**Defendant** | Case No. 18-4173-cv-FJG |

### Certificate of Service for Plaintiffs' Initial Disclosures to Defendants

Undersigned counsel for Plaintiffs hereby certifies that on August 25, 2021, Plaintiffs' Rule 26 Disclosures, along with a copy of this Certificate of Service, were sent via email to counsel of record for Defendant and the State of Missouri at:

Amanda.Langenheim@ago.mo.gov, peter.houser@ago.mo.gov, justin.smith@ago.mo.gov, and michaelberry@ncrpc.com.

/s/ Jessie Steffan
Anthony E. Rothert
Jessie Steffan
Kayla DeLoach
Gillian R. Wilcox
ACLU of Missouri Foundation
906 Olive Street, #1130
St. Louis, MO 63101
Phone: (314) 652-3114

Amanda M. Howell (*pro hac vice*)
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, California 94931
Email: ahowell@aldf.org
Phone: 707.795.2533

Jessica Almy (*pro hac vice*)
The Good Food Institute
1380 Monroe St. NW #229
Washington, DC 20010
Email: jessicaa@gfi.org
Phone: 866.849.4457

***Attorneys for Plaintiff***