IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| TURTLE ISLAND FOODS, SPC, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:18-cv-4173-FJG |
| MARK RICHARDSON, et al. | ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE FOR INTERVENOR'S INITIAL DISCLOSURES

I hereby certify that on August 25, 2021, I sent Intervenor's Initial Disclosures, along with a copy of this Certificate of Service, to attorneys for Plaintiff and Defendant at:

gwilcox@aclu-mo.org, jsteffan@aclu-mo.org, trothert@aclu-mo.org,

ahowell@aldf.org, jessicaa@gfi.org, and michaelberry@ncrpc.com.

Respectfully submitted,

ERIC S. SCHMITT
Attorney General

*/s/ Amanda R. Langenheim*
Amanda R. Langenheim, #69642
Assistant Attorney General
Fletcher Daniels State Office Building
615 E. 13th Street, Suite 401
Kansas City, MO 64106

Page **1** of **2**

P: (816) 889-5013 | F: (573) 751-5660
Email: amanda.langenheim@ago.mo.gov