# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | |
|---|---|
| Turtle Island Foods, SPC, d/b/a The Tofurky Company; and The Good Food Institute, Inc., | Case No. 18-cv-4173 |
| Plaintiffs, | EXPERT REPORT OF PROFESSOR ADAM FELTZ, PH.D., AND PROFESSOR SILKE FELTZ, PH.D. |
| v. | |
| Locke Thompson, in his official capacity as Cole County Prosecuting Attorney and on behalf of all Missouri Prosecuting Attorneys;[1] and Chris Chinn, in her official capacity as the Director of the Missouri Department of Agriculture, | |
| Defendants, | |
| State of Missouri, | |
| Intervenor-Defendant.[2] | |

## Expert Report of Professors Adam Feltz, Ph.D. and Silke Feltz, Ph.D.

### I.      Expert qualifications

A true and correct copy of the curriculum vitae for Professor Adam Feltz, is attached as Exhibit A, and a true and correct copy of the curriculum vitae for Professor Silke Feltz, is attached as Exhibit B. These outline our background, education, and professional experience.

**Professor Adam Feltz**

I attended the University of South Carolina from 1994 to 1998, where I received a Bachelor of Arts degree in Philosophy. I received my Master of Arts degree in Philosophy from Northern Illinois University in 2004, and I received my Doctor of

---

[1]      Locke Thompson has succeeded Mark Richardson as Cole County Prosecuting Attorney and is automatically substituted for Richardson. *See* Fed. R. Civ. P. 25(d).

[2]      On December 7, 2018, this Court granted State of Missouri's request to intervene. ECF No. 33.

1

Philosophy from Florida State University in 2008. After receiving my Ph.D., I was concurrently a visiting research scientist at the Max-Planck Institute for Human Development Center for Adaptive Behavior and Cognition from 2009 until 2012 and an assistant professor of philosophy and interdisciplinary studies (on the tenure track) at Schreiner University from 2008 until 2013. At Michigan Technological University, I served as assistant and then associate professor of psychology and applied ethics from 2013 until 2018. I am currently an Associate Professor of Psychology at the University of Oklahoma, where I supervise the Ethical Choice Education Lab (https://ethicalchoiceeducation.org/). I co-founded and have been co-managing director of RiskLiteracy.org, an organization that advances and promotes skilled and informed decision-making by helping people understand and evaluate risk and reward, since 2012.

I have spent my career analyzing and contributing to the body of work of psychology of informed decisions, risk literacy, philosophical judgment and intuition, applied ethics, and philosophy of mind. Throughout the years, I have often focused on consumer understanding, behavior, assumptions, and purchasing decisions. I have trained graduate students and post-doctoral fellows and taught them how to conduct research (formulate testable hypotheses, design experiments, analyze and interpret data), perform surveys and studies, and present their findings at professional meetings and publish their data.

I have published over 50 publications in peer-reviewed journals, authored several published reviews and book chapters, and regularly speak on decision-making, philosophical and ethical bias, and consumer choice regarding food and dietary choices. I am a member of the Editorial Board for both the Journal of Experimental Psychology: Applied, the PHAIR society's journal, as well as the Human-Animal Interaction Bulletin.

**Professor Silke Feltz**

From 1995 until 2001, I attended the Otto-Friedrich Universität in Bamberg, Germany, where I graduated with a Master's degree in American Literature and a graduate pedagogy degree that would qualify me to teach English and German in Bavarian high schools (Erstes Staatsexamen). I then taught English Composition and German in a variety of institutions (Betton Hills Preparatory School, Kishwaukee Community College, Tallahassee Community College, Schreiner University) before returning to graduate school and pursuing a Ph.D. in Rhetoric, Theory & Culture at Michigan Technological University. I graduated from Michigan Tech in 2019. I have been teaching at the University of Oklahoma since 2018, where I am currently an Assistant Teaching Professor.

My research focuses on the rhetoric of food. I have published on the rhetoric of food, predictors of food choices, consumer understanding of plant-based foods, and interventions that can be used to influence food choices.

II.      **Prior Deposition and Trial Testimony**

In our collective more than 20 years of education and academic experience, we have not previously provided deposition or trial testimony.

III.      **Statement of Compensation**

We performed the work in this matter, including conducting surveys, analyzing data, and preparing this report, pro bono. This pro bono arrangement is not contingent on the outcome of this litigation.

IV.      **Basis for Opinions**

Our conclusions, opinions, and analyses are reached by thorough scientific inquiry and research, and expressly rest on reliable scientific foundations. Specifically, our opinions and conclusions derive from a review of an entire body of evidence as well as our own studies based on the scientific method. The data and evidence that we have relied on are based on empirical testing, the subject of extensive peer review and

3

publication, are subject to rigorous standards and protocols, and are accepted by the scientific community. Accordingly, we have evaluated current marketing and labeling of plant-based meat and dairy products, the common or usual names used by the public for such products, and the challenged state law and how it would impact consumer understanding.

## V.     Assignment and Materials Reviewed

We were asked to review current marketing and labeling of plant-based products, analyze existing research and literature about such practices, and conduct a series of studies focusing on whether plant-based meat labels are confusing to consumers, whether changing labeling conventions to remove "meat" terminology would decrease or increase consumer confusion about these products, and whether there are certain names or naming conventions that consumers commonly use to describe plant-based meat products.

We reviewed the complaint, the law being challenged, numerous plant-based products' marketing material and labels (including Tofurky's), and the studies and articles cited throughout this report. We understand that the State did not provide any studies, surveys, or other empirical evidence regarding these issues for us to review or analyze.

## VI.     Summary of Opinion

The available body of work supports the view that currently, consumers are not confused by plant-based terms used in conjunction with traditional animal-based terms (e.g., 'veggie chicken'). This view is consistent with the literature concerning general factors associated with consumer understanding of products along with specific studies about plant-based foods. There is little unique confusion associated with foods that employ plant-based terms. The current legal changes are very unlikely to increase consumer understanding of plant-based foods. If anything, the proposed legal changes

4

are likely to significantly decrease consumer understanding of plant-based products and cause consumer confusion.

## VII.   Opinions

### A.  Background: consumer behavior and understanding, generally

There is substantial literature on consumers' use of food product labels. Generally speaking, consumers use product labels extensively when making buying decisions. Consumers are especially likely to use product labels in buying decisions if those labels present information on the front of the package, use minimal numerical information, include graphs and symbols, and use simple adjectives or other descriptors (for a review, see (Campos, Doxey, & Hammond, 2011)). These results have led some to claim that food product labels are often good sources of information for consumers and consumers can often use that information in buying decisions (Campos et al., 2011).

While consumers often accurately interpret and use product labels, consumers do not always use product information on labels or interpret that information correctly. There are various factors that are associated with whether a consumer uses and understands information on packaging. For example, many people have difficulty making quantitative comparisons between items using the term "calorie." While many people understand that a calorie is a basic measure of energy, they have difficulty in comparing two different products in terms of calories or making conversions among different serving sizes. Generally, as the computational complexity of the task increases (e.g., conversions, comparisons, calories per 100g to calories per gram), consumer confusion increases (Cowburn & Stockley, 2005). There are also motivational and demographic variables that are related to the use and understanding of product or nutrition labels. For example, those who are more health conscious are more likely to use and understand nutritional labels than those who are less health conscious, and those who are more educated are more likely to understand information on product

5

labels compared to those who are less educated (Hall & Osses, 2013; Hess, Visschers, & Siegrist, 2012).

Given this background, there is strong a priori reason to think that the same principles apply in the current context. That is, consumers are not substantially confused by current product labeling practices because those product labeling practices use simple, descriptive terms that almost always appear on the front of the package. None of the terms under consideration here are complicated, involved comparisons of quantities, or otherwise involved computationally complex tasks. Hence, there is good theoretical reason that we should expect that consumers do not misunderstand current plant-based labeling conventions.

**B. Previous empirical evidence regarding plant-based labeling conventions**

There is a growing body of empirical work suggesting that many individuals understand relevant facts about plant-based foods. Or, if they are confused about some aspects, they are equally confused about those same aspects of animal-based food. This general pattern is consistent with the general tendencies that facilitate and hinder consumers' understanding reviewed above.

More specifically, previous empirical work suggests that consumers are not confused by current labeling conventions for plant-based 'dairy' products, which parallel those used for plant-based 'meat' products (e.g., "vegan mozzarella" and "plant-based butter" parallel "plant-based ham," "vegan sausage"). Because the plant-based qualifier is supposed to be what causes confusion, we can directly apply the results of previous empirical work to plant-based qualifiers and animal-based terms. Feltz and Feltz (2019) conducted a study that tested whether (i) people could identify plant-based dairy products as being plant-based based on these naming conventions, and (ii) people could identify nutritional facts about plant-based dairy products. Participants were tested on a number of different dairy products including milk and cream cheese. People could accurately identify plant-based and animal-based dairy

products between 74% and 88% of the time. There were no systematic differences in accuracy between plant-based and animal-based dairy products (i.e., people were roughly as good at identifying plant-based products as plant-based and animal-based products as animal-based). Moreover, in these studies, people were generally just as good at identifying nutritional facts about plant-based products as they were at identifying nutritional facts about animal-based products.

Other work suggests that in some instances, changing the way plant-based products are labeled could actually lead to an increase in confusion and misunderstanding. For example, Gleckel (2020) tested current naming conventions concerning plant-based products against alternative naming conventions for those same plant-based products. In one set of materials, Gleckel asked participants about products described as 'plant-based beef burger' versus 'plant-based veggie patty,' 'plant-based deli slices: Bologna style' versus 'sandwich slices,' and 'cultured vegan butter' versus 'cultured vegan spread.' After giving participants only one of these descriptions, the study then tasked participants with describing how those products would taste and what the products could be used for. On average, consumers were no more likely to think that plant-based products come from an animal if the product names incorporate words traditionally associated with animal products than if they do not. In addition, people were less able to imagine what the 'plant-based veggie patty' or 'sandwich slices' would taste like compared to 'plant-based beef burger' or 'plant-based deli slices: Bologna style,' and were less confident that 'cultured vegan spread' could be used on pasta or used on biscuits compared to 'cultured vegan butter'. Hence, these data suggest that changing naming conventions in these ways could actually lead to an increase in consumer confusion.

In summary, these studies give us empirical reason to suspect that not only are consumers not confused on average by plant-based products, but also that changing some naming conventions would actually increase consumer confusion about plant-

7

based products. This pattern of results should be expected because consumer understanding of plant-based products has already been empirically proven at high levels. Since consumers are not confused by plant-based products, any label modifications are only likely to worsen consumer understanding because that is the most likely direction of change (if those modifications have any effect at all).

## C. Current survey work

While previous research is suggestive that there is no unique consumer confusion concerning plant-based products and that changing naming conventions risks *increasing* consumer confusion, we conducted a series of studies specifically relevant to this case involving Tofurky products and plant-based meat labeling conventions. We did three series of studies focusing on (a) whether Tofurky labels are confusing to participants, (b) whether changing labeling conventions would decrease consumer confusion, and (c) what common usage of plant-based terms is. The results of our studies showed that Tofurky labels were not confusing to many participants, changing label conventions to be consistent with the challenged law significantly worsened consumer understanding, and consumers have for some time been using plant-based meat terms consistently to describe plant-based meat products.

### 1. Survey 1: Whether Tofurky labels or naming conventions are confusing to consumers.

We conducted a survey to estimate to what extent current Tofurky (and other meat products) labeling conventions cause consumer confusion. We conducted the study between March 23 and March 24 of 2022 from Amazon's Mechanical Turk. Amazon's Mechanical Turk is a participant recruitment site. In this case, we recruited participants from I.P. addresses that originated in the U.S.A. Data taken from this source is largely representative of the larger U.S. population based on common demographics (e.g., age, sex, race). One shortcoming of this data recruitment service is the relatively large number of non-attentive responses (e.g., random responses). To

control for this, we instituted several a priori quality control measures to exclude obvious non-attentive responses, including incorrect answers to a control question ("Humans eat food" N = 27), straight-lining responses (e.g., answering '1' to every survey question N = 7), taking the survey unreasonably fast (N = 10), mis-matched answers to logically equivalent questions ("does this product contain any animal products" and "is the product 100% plant-based", N = 51). The total final sample was 155 participants. This sized sample could reliably detect a small overall effect of confusion (see the fuller power analysis below).

Given the purpose of the study was to determine whether participants could accurately respond to statements about plant-based products, we asked a series of questions that distinguish plant-based products from animal-based products. These questions were:

1. Does this product contain any animal products?
2. Were any animals harmed making this product?
3. Were any animals used making this product?
4. Does this product contain animal meat?

Participants could respond by answering 'Yes' or 'No' to each question. Correct responses were coded as a 1 and incorrect responses were coded as a 0.

The stimulus materials were principal display panels from different plant-based and animal-based meat products. We selected six plant-based products (below). Four products were from Tofurky (plant-based chicken, plant-based sausages, plant-based deli slices, and plant-based pockets). We also included Beyond Meat Meatballs and Raised & Rooted Ground beef. For contrast, we included two animal-based products because previous research suggested that some people cannot accurately identify some features of animal-based products. These animal-based products therefore give us a baseline of comparison for participants' plant-based product selection accuracy.

9

## *Tofurky*

  



## *Other Plant-based meats*

 

## Other Animal-based meats

 

**Survey 1 Conclusions:**
**Consumers are not confused by Tofurky's labels or naming conventions.**

The internal reliability of responses to the questions 1-4 was very high (*Cronbach's alpha* = .82-.94), indicating that people gave very consistent responses to each of the four questions (i.e., if they got one question correct/incorrect, they likely got other questions correct/incorrect). So, the presentation of the analysis will proceed by analyzing the total number of questions that participants answered correctly (minimum score = 0, maximum score = 4).

First, the raw scores indicated that most people were very good at answering the four questions correctly. Table 1 represents the total average correct and the overall percentage correct for each of the four questions. Average accuracy across all questions was between 74% and 91% (see Table 1).

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 11 of 56

*Table 1: Mean correct responses and standard deviations to the 4 questions across the 8 products tested.*

| Product | Proportion Correct | Mean Correct | SD |
|---|---|---|---|
| Tofurky Chicken | 0.81 | 3.22 | 1.46 |
| Tofurky Sausages | 0.91 | 3.64 | 0.99 |
| Tofurky Deli Slices | 0.91 | 3.63 | 0.97 |
| Tofurky Pockets | 0.9 | 3.6 | 0.98 |
| Beyond Meat Meatballs | 0.79 | 3.15 | 1.48 |
| Rooted Ground Beef | 0.90 | 3.61 | 1.07 |
| Oscar Meyer Bologna | 0.74 | 2.94 | 1.65 |
| Ground Beef | 0.88 | 3.52 | 1.11 |

More important is whether accuracy with plant-based food products is different (i.e., lower) than accuracy of animal-based food products. Comparisons of each of the plant-based food products compared to either of the animal-based food products did not reveal many systematic differences in accuracy. There were no significant differences in accuracy between any of the plant-based products and the animal-based ground beef product (using Bonferroni corrections to help control for multiple

comparisons). There were some significant differences with respect to the plant-based products and Oscar Meyer Bologna, but the differences indicated that people were sometimes *better* at answering questions correctly about plant-based products than animal-based products.

We conducted a power analysis to contextualize the lack of detectable effect even in the presence of numerical (although largely not significant) differences in accuracy. It is important to emphasize that this study was powered to detect an effect that is typically characterized as being small (*Cohen's d* = .31, with *power* = .8, and *alpha* = .05, and *N* = 155, and a conservative estimate of the correlations *r* = .06). That means that if there is a reliable effect of accuracy for animal-based ground-beef and the plant-based products that would be practically significant (e.g., impacts a practically significant number of people), we likely would have found that effect.

In summary, this study suggests that people are good at answering factual questions about Tofurky and other plant-based meat products based on their labels. This includes identifying them as plant-based, meaning not containing animal meat. Overall accuracy to these questions was similar to previous research where we observed about 80% accuracy overall with no significant, systematic differences between plant-based and animal-based accuracy. Our study was also sufficiently powered to detect effects that would be practically significant.

To summarize the results of this study, we do not find any compelling, systematic evidence indicating that consumers are more confused about plant-based products than animal-based products.

## 2. Survey 2: Whether changing labeling conventions in accordance with the Missouri law would increase or decrease consumer confusion.

We conducted a second study to measure whether changing plant-based product labels to remove "meat" terminology would change consumer understanding related to those products. The goal of this study was to present participants with current principal

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 13 of 56

panel displays of plant-based products. We also presented participants with principal panel displays that were altered to be in accordance with the law (i.e., with meat terms like "sausage" or "burger" replaced with non-meat terms like "tube" or "disc"). The alterations were made by directly modifying the text on the principal display panels. The study took place on May 16th, 2022.

Participants were recruited from Amazon's Mechanical Turk through CloudResearch. Because we recruited from Amazon's Mechanical Turk, we controlled for inattentiveness in the surveys. We asked participants "Humans eat food" as an attention check. Anyone who had a incorrect answer to that question was excluded ($N$ = 1). The total final sample was 249 participants.

We selected five plant-based products to present to participants: Lightlife Chicken Tenders, Field Roast Miniature Corndogs, Morningstar Farms Incogmeato, Tofurky Plant-based Chick'n, and Tofurky Ham Style Roast. We provided roughly one half of the participants with the original principal display panels and roughly the other half of participants with the modified principal display panel. The modified principal display panel provided participants with the principal display panel that would be consistent with the law (i.e., replacement of all "meat" based terms with non-meat terms). Within each group, participants responded (in random order) to each of the five principal display panels in their set (i.e., original principal display panels or modified principal display panels for each of Lightlife Chicken Tenders, Field Roast Miniature Corndogs, Morningstar Farms Incogmeato, Tofurky Plant-based Chick'n, and Tofurky Ham Style Roast). We then asked participants to respond to four 'yes/no' questions to measure if they were accurately identifying the products as plant based. These questions were:

1. Does this product contain any animal products?

2. Is this product 100% plant-based?

3. Were any animals harmed making this product?
4. Were any animals used making this product?

*Light life Chicken Tenders*



*Field Roast Miniature Corn Dogs*



*Morningstar Farms Incogmeato*



*Tofurky Plant-Based Chick'n*



*Tofurky Plant-Based Ham Style Roast*



**Survey 2 Conclusions:**
**Changing labels in accordance with Missouri's law does not increase consumer understanding; if anything, it makes consumer understanding worse.**

We first analyzed responses to the four yes/no questions to determine their reliability. Nobody had inconsistent responses to questions 1 and 2, and there was very good to excellent internal reliability of responses to the four questions (*Cronbach's alpha* for Lightlife Chicken Tenders = .79, Field Roast Miniature Corndogs = .89, Morningstar Farms Incogmeato = .82, Tofurky Plant-based Chick'n = .77, and Tofurky Ham Style Roast = .71). Because of the strong internal reliability of the responses, we counted the total number of correct answers to each of the five products and used those in analyses (range of scores = 0-4).

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 16 of 56

The raw scores for the total number of correct responses indicated that participants were generally very good at correctly answering the questions given the principal display panels of the products, ranging from 84% to 98% (see Table 2).

*Table 2: Total correct responses and percent correct for the plant-based products as a function of original or modified labels.*

|  | *M* | *SD* | *% correct* | *F* | *p* | *η²* |
|---|---|---|---|---|---|---|
| **Tofurky Chick'N** |  |  |  | 2.38 | .12 | .01 |
| Modified | 3.7 | 0.84 | 93 |  |  |  |
| Original | 3.84 | 0.55 | 96 |  |  |  |
| **Field Roast Corn Dog** |  |  |  | 2.58 | .11 | .01 |
| Modified | 3.6 | 0.98 | 90 |  |  |  |
| Original | 3.35 | 1.37 | 84 |  |  |  |
| **Tofurky Ham** |  |  |  | 0 | .96 | 0 |
| Modified | 3.75 | 0.68 | 94 |  |  |  |
| Original | 3.75 | 0.77 | 94 |  |  |  |
| **Incogmeato** |  |  |  | 3.35 | 0.07 | .02 |
| Modified | 3.75 | 0.78 | 94 |  |  |  |
| Original | 3.91 | 0.44 | 98 |  |  |  |
| **Lightlife Chicken Tender** |  |  |  | 2.95 | .09 | .01 |
| Modified | 3.72 | 0.78 | 93 |  |  |  |
| Original | 3.87 | 0.56 | 97 |  |  |  |

While the overall correct responses were consistent with previous research and the study presented above, the critical comparison is whether modifying the labels to be consistent with the law actually increases consumers' understanding of those products. We did not, however, detect a reliable difference between the original label and the modified label concerning accurately identifying the products as plant-based (all *F*s < 2.05, *p*s > .07, *η²s* < .02). This result is consistent with the literature and previous data. We did not change the "plant-based" labeling on the products. Consequently, in both conditions, it appears that people were able to use that information to make highly accurate judgments that the products were plant-based.

While participants could accurately identify the products as plant based, other relevant judgments were different between the modified and original labels. We asked participants follow up questions about how confident they were in their responses for

each of the four accuracy questions ("How confident are you about your previous answer" on a 6 point scale, 1 = not confident, 6 = very confident). Again, internal reliability for confidence questions was very strong (*Cronbach's alpha* = .94-.96). For ease of analyses, we took a mean of confidence ratings for the four questions for each product. For all 5 of the products, confidence was numerically lower in the modified label condition compared to the original label. For 3 of the 5 products (Tofurky Ham Style Roast, Morningstar Farms Incogmeato, and LightLife Chicken Tenders), confidence was measurably lower for the modified compared to the original label (see Table 2). These results suggest that in some instances, modifying the labels in accordance with the law would make people less confident in their plant-based identification judgments.

*Table 2. Means, standard deviations, and ANOVAs for confidence questions in response to each of the plant-based products.*

|                    | M    | SD   | F    | p     | η²  |
|--------------------|------|------|------|-------|-----|
| **Chicken**        |      |      | 1.91 | .17   | .01 |
| Modified           | 4.82 | 1.19 |      |       |     |
| Original           | 5.01 | 1.3  |      |       |     |
| **Corn Dog**       |      |      | 0.83 | .36   | 0   |
| Modified           | 4.6  | 1.26 |      |       |     |
| Original           | 4.76 | 1.36 |      |       |     |
| **Ham**            |      |      | 4.7  | .03   | .02 |
| Modified           | 4.81 | 1.21 |      |       |     |
| Original           | 5.15 | 1.14 |      |       |     |
| **Ground Beef**    |      |      | 8.38 | < .01 | .04 |
| Modified           | 5.12 | 1.09 |      |       |     |
| Original           | 5.5  | 0.84 |      |       |     |
| **Chicken Tender** |      |      | 7.73 | .01   | .03 |
| Modified           | 4.69 | 1.19 |      |       |     |
| Original           | 5.12 | 1.19 |      |       |     |

Last, we asked two additional questions for each of the products. The first question asked participants: "What do you think this product could be used as a substitute for in a meal?" Participants could respond: Pork, Ground Beef, Chicken, Corn Dogs, Fish, Vegetables,

Bread, I'm not sure. The second question asked "What would you expect this product to taste like?". Participants could respond: Ham, Ground Beef, Chicken, Corn Dogs, Fish, Tofu, Seitan, Vegetables, I'm not sure. Each question was coded whether participants could correctly identify what the product could be used for and taste like (1 = correct response, 0 = incorrect response, e.g., If Lightlife Chicken Tenders were identified as tasting like chicken, then the response was coded '1', otherwise the response was coded as '0'). Tables 3 and 4 reports the overall accuracy for each product as a function of being presented with the original or modified label. Overall, participants were less good at identifying what the product could be used for or taste like in the modified label condition compared to the original label condition. Sometimes, these effects were very strong as indicated by the odds ratios (or, the number of times one is more likely to know what the product could be used for or how it tastes. E.g., People were more than 8 times more likely to know what the Tofurky Chick'n could be substituted for in the original compared to the modified label condition).

Table 3. Percent of participants who could accurately identify what products could be substituted for along with $\chi^2$ tests.

|  | Total N | N Correct | % Correct | $\chi^2$ | $p$ | Odds ratio |
|---|---|---|---|---|---|---|
| **Tofurky Chick'N** |  |  |  | 42.47 | < .01 | 8.47 |
| Modified | 118 | 57 | 48 |  |  |  |
| Original | 108 | 96 | 90 |  |  |  |
| **Field Roast Corn Dog** |  |  |  | 26.1 | < .01 | 6.45 |
| Modified | 118 | 73 | 62 |  |  |  |
| Original | 104 | 95 | 91 |  |  |  |
| **Tofurky Ham** |  |  |  | 108.46 | < .01 | 29.47 |
| Modified | 118 | 12 | 10 |  |  |  |
| Original | 119 | 92 | 77 |  |  |  |
| **Incogmeato** |  |  |  | .01 | .02 | 0.96 |
| Modified | 118 | 106 | 90 |  |  |  |
| Original | 104 | 93 | 90 |  |  |  |
| **Lightlife Chicken Tender** |  |  |  | 10.07 | < .01 | 4.58 |
| Modified | 118 | 98 | 83 |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| Original | 118 | 113 | 96 | | | |

*Table 4. Percent of participants who could accurately identify what products taste like along with $\chi^2$ tests.*

| | Total N | N Correct | % Correct | $\chi^2$ | *p* | *Odds ratio* |
|---|---|---|---|---|---|---|
| **Tofurky Chick'N** | | | | 40.61 | < .01 | 6.06 |
| Modified | 118 | 33 | 28 | | | |
| Original | 108 | 76 | 70 | | | |
| **Field Roast Corn Dog** | | | | 29.03 | < .01 | 5.86 |
| Modified | 118 | 64 | 54 | | | |
| Original | 104 | 91 | 88 | | | |
| **Tofurky Ham** | | | | 105.15 | < .01 | 196.25 |
| Modified | 118 | 1 | 1 | | | |
| Original | 119 | 75 | 63 | | | |
| **Incogmeato** | | | | .01 | .92 | 1.03 |
| Modified | 118 | 81 | 69 | | | |
| Original | 104 | 72 | 69 | | | |
| **Lightlife Chicken Tender** | | | | 6.48 | .01 | 2.07 |
| Modified | 118 | 73 | 62 | | | |
| Original | 118 | 91 | 77 | | | |

In summary, the results of this study are consistent with the results of the study above and with the general literature on factors relevant to consumers' understanding of product labels. Modifying these labels did not have any measurable effect on consumer's already very good understanding based on the principal display panels. Participants were less confident in their accuracy judgments in the modified label condition. Finally, participants we much less sure how the products could be used or what they would taste like in the modified label condition. Hence, changing the labels in the way dictated by the law would make no difference to consumers' accuracy at identifying the products as plant based. However, making the changes in the way dictated by law would reduce consumers' confidence and reduce understanding of how the products could be used or how they taste.

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 20 of 56

### 3. Survey 3: Whether there are certain names or naming conventions that consumers commonly use to describe plant-based meat products.

Our final survey addressed the question of whether the terms that are used for plant-based products on principal panel displays are used widely enough that people naturally use them to describe plant-based meat products and whether they help inform consumers in their buying decisions. One common view about terms in natural language is that meaning is fixed by usage and reference. In this view, the meaning of plant-based terms is determined by how those terms are used. If people have competency with a term, then they should reliably be able to indicate what those terms refer to, and they should be able to use those terms in natural language when talking about those objects.

The purpose of this survey was to determine whether plant-based products that use meat terms is the common way that people refer to those products. Here, we followed common practices in pedagogical research that are used to determine if students understand the meaning of terms in vocabulary tests (Mykhailiuk, 2016). The three tasks involved having participants (i) choose a set of words they would use in response to an image of a plant-based food item. The instructions to participants were "Suppose that the following product was made only from plants. What would you call it?" The images and options (presented in random order) were:

1. Image of plant-based hotdog
   a. Plant-based hot dog
   b. Plant-based cylinder
   c. Plant-based tube
   d. Plant-based roll
   e. Plant-based barrel
   f. None of the above
2. Image of plant-based burger
   a. Plant-based burger
   b. Plant-based disc
   c. Plant-based puck
   d. Plant-based circle

21

e. Plant-based slab
    f. None of the above
3. Image of plant-based sausages
    a. Plant-based sausage
    b. Plant-based cylinder
    c. Plant-based tube
    d. Plant-based roll
    e. Plant-based barrel
    f. None of the above
4. Image of plant-based ground beef
    a. Plant-based ground beef
    b. Plant-based crumbles
    c. Plant-based product
    d. Plant-based soy nuggets
    e. Plant-based meat analogue
    f. None of the above
5. Image of plant-based chicken nugget
    a. Plant-based chicken
    b. Plant-based soy nuggets
    c. Plant-based bite
    d. Plant-based slice
    e. Plant-based meat analogue
    f. None of the above

(ii) We asked participants which of two sentences sounds more natural. These sentences were:

1. Which sentence sounds more natural?
    a. Yesterday, I ate a plant-based burger.
    b. Yesterday, I ate a plant-based disc.
2. Which sentence sounds more natural?
    a. There are two plant-based hot dogs in the refrigerator.
    b. There are two plant-based cylinders in the refrigerator.
3. Which sentence sounds more natural?
    a. Please put the plant-based sausage on the grill.
    b. Please put the plant-based tube on the grill.
4. Which sentence sounds more natural?
    a. We need some plant-based ground-beef for the sauce.

22

     b. We need some plant-based beef analogue for the sauce.

5. Which sentence sounds more natural?
     a. I need to get some plant-based chicken from the grocery store today.
     b. I need to get some plant-based soy nuggets from the grocery store today.

6. Which sentence sounds more natural?
     a. Today, more restaurants are including plant-based alternatives to meat, such as plant-based burgers.
     b. Today, more restaurants are including plant-based alternatives to meat, such as plant-based pucks.

7. Which sentence sounds more natural?
     a. I tried a plant-based brat at my vegan friend's house.
     b. I tried a plant-based tube at my vegan friend's house.

(iii) We asked participants to fill in the blanks with words of their own choosing. We provided participants with the following sentences and allowed them to fill in the blanks as they saw fit:

1. Tomorrow, Bill and Sally are having a backyard party for their vegan friends who don't eat meat. They went to the grocery store to get meat alternatives and bought some _____ to cook on the grill.
2. While driving to New York City, Ada, a vegan who doesn't eat meat, stopped at a fast-food restaurant to get some food. She decided to order a _____, which she put pickles, ketchup, and mustard on.
3. This Thanksgiving, instead of buying a traditional turkey, many people who don't eat meat will buy a prepackaged _____ as the centerpiece protein instead.
4. If you wanted to make a vegan sandwich with some sort of protein, onions, and pickles, you would buy _____.
5. The local hotdog stand also has _____, a hotdog alternative for customers who don't eat meat.
6. Tom is at his local grocery store picking up items for his vegan chili. Along with beans, tomato sauce, onions, and a variety of seasonings, Tom also picks up _____ to substitute for ground beef

We also report a set of studies that examined plant-based food terms as they exist in natural ecologies and natural language. To do so, we looked at tweets, Google's

Ngram, and Google Trends. These analyses can help reveal how people use plant-based terms in natural language.

### Survey 3 Conclusions:

**Standard naming conventions for plant-based products (qualifying term + meat term) are the most popularly used and understood way to identify and describe these products; they are the common or usual names for such products**.

The studies (i) to (iii) took place on March 24, 2022. We recruited participants from Amazon's Mechanical Turk. We had an initial sample of 246 participants. But we again included checks for participant attentiveness. These included checking for speeding through the survey (more than two standard deviations, or less than 294 seconds, $N$ = 12). We also included one comprehension check question: "Human skin is made from glass." Those who did not answer 'false' to that statement were excluded ($N$ = 53). The mean age was 39.27, $SD$ = 11.54. Ninety participants (50%) were male.

First, we analyzed part (i) of the survey where participants selected what they would call an image of a product, and they were given six options to select. We report two sets of analyses. The first is the raw percentage of options selected (see Table 5). We also made comparisons against what we would expect if people were selecting answers at random. Because there were six options, if participants were answering randomly, we should expect that each response category would receive 16.667% of participants selecting that category. We can then test the observed pattern of results against the pattern of results expected by chance to see if there is a significant difference. In this way, we can provide evidence for which categories there is a preference and which categories were basically selected at random. These tests are also provided in Table 3. As the results suggest, there was a strong preference for standard naming conventions for plant-based products (e.g., 'plant-based hot dog') compared to alternative ways of designating those objects.

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 24 of 56

*Table 5: Frequencies and binomial tests for each category tested against an expected percentage of 16.667%.*

| | | Proportion | Binomial *p*-value |
|---|---|---|---|
| Hot Dog | | | |
| | Plant-based hot dog | .75 | < .01 |
| | Plant-based cylinder | .05 | < .01 |
| | Plant-based tube | .06 | < .01 |
| | Plant-based roll | .13 | .27 |
| | Plant-based barrel | .01 | < .01 |
| | None of the above | .02 | < .01 |
| Burger | | | |
| | Plant-based burger | .94 | < .01 |
| | Plant-based disc | .02 | < .01 |
| | Plant-based puck | .02 | < .01 |
| | Plant-based circle | .01 | < .01 |
| | Plant-based slab | 0 | < .01 |
| | None of the above | .01 | < .01 |
| Sausage | | | |
| | Plant-based sausage | .67 | < .01 |
| | Plant-based cylinder | .09 | < 01 |
| | Plant-based tube | .04 | < .01 |
| | Plant-based roll | .17 | .84 |
| | Plant-based barrel | 0 | < .01 |
| | None of the above | .03 | < .01 |

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 25 of 56

| Ground Beef | | | |
|---|---|---|---|
| | Plant-based ground beef | .5 | < .01 |
| | Plant-based crumbles | .27 | < .01 |
| | Plant-based product | .02 | < .01 |
| | Plant-based soy nuggets | .14 | .49 |
| | Plant-based meat analogue | .05 | < .01 |
| | None of the above | .02 | < .01 |
| Chicken | | | |
| | Plant-based chicken | .48 | < .01 |
| | Plant-based soy nugget | .18 | .69 |
| | Plant-based bite | .14 | .49 |
| | Plant-based slice | .16 | .77 |
| | Plant-based meat analogue | .02 | < .01 |
| | None of the above | .03 | < .01 |

Second, we analyzed responses from part (ii) where we asked participants to identify which of two sentences sounded the most natural. We analyzed these data in two ways. The first reports the raw percentage of sentences that were selected. Then, again, we tested whether the proportion that would be expected if people were indifferent to the labeling (50% selection either option). In the table, we present the percentage of participants who selected the 'plant-based' plus 'meat' term (option (a) in the list above). Those results are reported in Table 6. There was a clear preference for the plant-based plus meat terminology compared to alternative ways to designate those products.

*Table 6. Proportions and differences relative to an expected distribution of .5.*

| Product | Proportion | p-value |
|---------|-----------|---------|
| Burger | .94 | < .01 |
| Hotdog | .87 | < .01 |
| Sausage | .84 | < .01 |
| Ground Beef | .86 | < .01 |
| Chicken | .65 | < .01 |
| Restaurant | .83 | < .01 |
| Brat | .85 | < .01 |

Third, we report the results of part (iii) where we gave participants fill-in-the-blank style questions. Analyzing free-text responses can be difficult because there is unlimited variation in responses that participants can give. For this reason, we decided to analyze the terms using natural language processing in an attempt to identify words that co-occurred with one another. That is, take any two words 'X' and 'Y', how frequently do 'X' and 'Y' occur before or after one another? Given this approach, we can begin to estimate the strength and commonality of two words co-varying in a sentence. In this set of analyses, we looked at all words that co-occurred responses that we gathered in part (iii) and selected the 30 most commonly occurring words. We collapsed all of the response to the six questions together for this analysis and presented the results in a visualization of the co-occurrence matrix (see Figure 1). The words in the middle of the diagram indicate how "central" those words are to the other words at the periphery. That means that, for example, 'plant-based' is central to many of the answers given. The lines indicate which words tended to co-occur together, and the width of the line indicates how strongly those words co-occurred. So, for example, 'plant-based' was

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 27 of 56

fairly strongly related to 'hotdog' and 'meat'. This diagram suggests that in responses to part (iii), people naturally used 'plant-based' and 'meat' terminology to describe the objects.

*Figure 1: Co-occurrences of words in free-response questions.*



The next set of analyses involved Tweets. Tweets are short, up to 140 characters long, expressions that are posted on the social media platform Twitter. Tweets are about whatever the user decides to post and are open to anyone to view if a profile is not set on "private." We randomly selected 1000 non-private tweets to analyze. We again performed a co-occurrence analysis on the tweets as described above. However, in this instance, because there are so many different topics of tweets, we specifically searched for tweets that contained the terms 'plant-based' and 'veggie' (two common designations for plant-based foods) and we cleaned out irrelevant words (e.g., 'and', 'very', '#govegan'). In this case, we selected the 50 most commonly occurring words for tweets involving 'veggie' and the 30 most commonly occurring words in the tweets involving 'plant-based'. We conducted the Twitter search on April 7, 2022. We present

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 28 of 56

the results of those searches below (see Figures 2 and 3). The visualizations suggest that when writing about plant-based products without any prompting, people tend to naturally use "plant-based" plus "meat" terminology to describe plant-based products.

*Figure 2: Co-occurrences of words in tweets mentioning 'veggie'.*



Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 29 of 56

*Figure 3. Co-occurrences of words in tweets mentioning 'plant-based'.*



Finally, we present some data taken from natural language as it exists in two different ecologies. Here, we were interested in finding how frequently 'vegan' was paired with meat terms in Google books. The Ngram plot displays the percentage of words that contain the two words out of all possible 2-pair words in books that are housed on Google Books. We searched for the term 'vegan' along with one of each of the following: 'sausage', 'chicken', 'meat', and 'beef'. (Note: when we searched for alternative characterizations like 'vegan puck', no pairs in Google books were found, so those could not be graphed) See Figure 4.

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 30 of 56

*Figure 4: Google NGram for 'vegan sausage', 'vegan chicken', 'vegan meat', and 'vegan beef'*



*Figure 5: Google search trends for 'vegan' chicken terms.*



Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 31 of 56

Next, we looked at search terms for 'vegan' and traditional meat terms along with proposed alternative naming conventions. To do so, we used Google Trends, which analyzes the search terms entered into Google over a period of time. Here, we concentrate on the results from 'vegan' plus 'chicken' terms. There was a clear preference in Google Trends for the 'vegan chicken' combination above the other combinations of terms. The y-axis represents a normalized score (the exact normalization method is not available from Google). In short, the comparison represents the search terms that are used most frequently compared to the other search terms. In this case, 'vegan chicken' is the term used most frequently in early 2022, and therefore receives a normalized score of '100'. All other terms are references to that score of 100. As Figure 5 reveals, 'vegan chicken' is a term entered in the search engine fairly frequently, especially when compared to alternative search terms 'vegan soy nugget', 'vegan bite', 'vegan slice', and 'vegan meat analogue'. These results suggest that when consumers search for plant-based products in natural language, they use the term 'vegan chicken' fairly frequently compared to alternative descriptions.

## VIII.   Conclusion

In summary, the current body of theory and evidence supports the claim that there is not substantial confusion involving plant-based products that use traditional animal-based terms like (but not limited to) 'burger', 'chicken', 'sausage', and 'ground beef'. These terms do not mislead consumers and are not likely to mislead consumers in the future, especially as more and more people become familiar with plant-based products.

While the exact causal mechanism that is responsible for consumers being able to understand and integrate plant-based labeling information is currently unknown, there is reason to think that the same mechanisms that are operative in non-plant-based products operate here. For example, information that is simple, non-quantitative, and on the front of the labels are likely to be used and understood by consumers. Almost all of the terms used for plant-based products fall into these categories. For example,

almost all plant-based products use terms such as "vegan burgers" or "plant-based chicken" or "veggie sausage" on the front of the packaging. So, simply changing naming conventions is not likely to increase consumer understanding, and our studies provide additional support for that view. Conversely, changing the labels to remove meat terms measurably decreased consumers' understanding of those products. Moreover, the results from the natural language analyses suggest that these terms are already being employed effectively by people to designate products in an accurate and meaningful way.

We see little scientific reason to change the way these companies label their products. Indeed, the pattern of results concerning the use and understanding of plant-based labels is what we would expect (and what we have seen in empirical testing of those claims) from the current body of research about how people use product labels generally. Hence, our recommendation is not to change the labeling conventions. In our final opinion, changing the naming conventions of plant-based meat products—such as to prohibit use of common meat terms on plant-based foods or adding additional qualifying language—would at best do nothing to improve consumer understanding, and at worse would actually increase consumer misunderstanding, leading to less informed buying decisions.

I declare under penalty of perjury that the foregoing is true and correct.


Executed June 13, 2022.

_____           _____
Adam Feltz, Ph.D.                          Silke Feltz, Ph.D.

33

References

Campos, S., Doxey, J., & Hammond, D. (2011). Nutrition labels on pre-packaged foods: a systematic review. *Public Health and Nutrition, 14*(8), 1496-1506. doi:10.1017/S1368980010003290

Cowburn, G., & Stockley, L. (2005). Consumer understanding and use of nutrition labelling: A systematic review. *Public Health and Nutrition, 8*, 21-28.

Feltz, S., & Feltz, A. (2019). Consumer accuracy at identyfing plant-based and animal-based milk products. *Food Ethics, 4*, 85-112.

Gleckel, J. (2020). Are consumers really confused by plant-based food labels? An empirical study. Retrieved from https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3727710

Hall, C., & Osses, F. (2013). A review to inform understanding of the use of food safety messages on food labels. *International Journal of Consumer Studies, 37*, 422-432.

Hess, R., Visschers, V. H., & Siegrist, M. (2012). The role of health-related, motivational and sociodemographic aspects in predicting food label use: a comprehensive study. *Public Health and Nutrition, 15*(3), 407-414. doi:10.1017/S136898001100156X

Krosnick, J. A. (1994). Questionnaire Design, Interviewing and Attitude Measurement, 2nd Edition - Oppenheim,An. *Contemporary Psychology, 39*(2), 221-222. doi:Doi 10.1037/033943

Mykhailiuk, L. (2016). Efficient vocabulary testing techniques. *Journal of VAsyl Stefanuk Percarpathian National University, 3*, 54-57.

NCBA. (2020). Retrieved from https://www.ncba.org/Media/NCBAorg/Docs/Media/NCBA%20Meat%20Substitutes%20Survey.pdf

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 34 of 56

# Exhibit A

# ADAM FELTZ
CURRICULUM VITAE
March 2022

## CONTACT INFORMATION

Department of Psychology
455 W. Lindsey Street
Dale Hall Tower, Room 705
Norman, OK 73019-2007
(850) 591-1745
afeltz@ou.edu

## EDUCATION

| | |
|---|---|
| Florida State University | Ph.D., Philosophy, August 2008 |
| Northern Illinois University | M.A., Philosophy, May 2004 |
| University of South Carolina | B.A., Philosophy, December 1998 |

## EMPLOYMENT AND APPOINTMENTS

| | |
|---|---|
| University of Oklahoma | Associate Professor of Psychology, 2018-present |
| Michigan Technological University | Associate Professor of Psychology and Applied Ethics, 2017-2018 |
| | Assistant Professor of Psychology and Applied Ethics 2013-2017 |
| Schreiner University | Assistant Professor of Philosophy and Interdisciplinary Studies (tenure track), 2008-2013 |
| Max-Planck Institute for Human Development Center for Adaptive Behavior and Cognition | Visiting Research Scientist, July 2009-May 2012 |
| RiskLiteracy.org | Co-founder and co-managing director (2012-present) |

## RESEARCH AND TEACHING INTERESTS

| | |
|---|---|
| Areas of Specialization | Psychology of Philosophical Judgment & Intuition, Applied Ethics, Philosophy of Mind |
| Areas of Competence | Ethics, Philosophy of Psychology |

1

1. 2021-2024. Co-Principal Investigator for *EFRI E3P: Tuning Catalyst Design to Recycle Mixed Polymer Streams*. National Science Foundation. $1,999,987.
2. 2021-2023. Senior personnel for Carbon-free H2 Production and Storage (CHEPS). Big Ideas Challenge, University of Oklahoma. $150,000.
3. 2020-2021. Principal Investigator for *Understanding Rodeos: Education, Policy, and Attitudes Concerning Animals in Entertainment*. UCLA Law School Animal Law and Small Grants Program. $3,230.
4. 2017-2018. $20,500 Grant. Title: *Risk Communication with Partners: Your Guide to Resources and Recommendations* (Oct 2017-Oct 2018). Principal Investigator Edward T. Cokely, with Co-principal Investigators Rocio Garcia-Retamero & Adam Feltz, and Co-investigator Dafina Petrova. Funded by Medscape, USA (Medscape ID #: SF232838).
5. 2017 – 2018. WebMD & Medscape Risk Literacy Continuing Medical Education Educational Partnership (External Consultants Edward Cokely, Rocio Garcia-Retamero, Adam Feltz, & Dafina Petrova) for *"Risk Communication With Patients: Your Guide to Resources and Recommendations."* Project Director Haleh Kadkhoda of MedScape Education. Funded by Pfizer Foundation Grant ($209,500).
6. 2017-2018 Co-Principal Investigator for *Understanding Consumer Literacy about Milk*, UCLA Law School Animal Law and Policy Small Grants Program, $4,470.
7. 2016-2018. Principal Investigator for *The Outcome Evaluation of Positive Peer Group for American Indians with Substance Use Related Offence,* Portage Health Foundation, Research Excellence Fund, $58,111.
8. 2017-2020. Principal Investigator for *Knowing What You Eat: Measuring the Effectiveness of Educational Interventions on Animal Consumption*. Animal Charity Evaluators, $11,385.
9. 2010-2012. Recipient and Co-Primary Investigator of $200,000 *A Science of Virtue* grant from Arete Initiative at the University of Chicago.
10. 2011. $14,600 Survey Research Support (October 2010-October 2011). Title: Influences of Affect on Philosophical Intuitions (Time-Sharing Proposal ID TESS-0090). Edward T. Cokely, Adam Feltz, and Mirta Galesic. Time-Sharing Experiments in Social Sciences funded by the Social, Behavioral, and Economic Sciences Directorate of the NSF.

PUBLICATIONS

1. Feltz, A., Caton, J., Cogley, Z., Engel, M., Feltz, S., Ilea, R., Johns, S., Offer-Westort, T., & Tuvel, R., (in press). Educational interventions and animal consumption: Results from lab and field studies. *Appetite*.
2. Feltz, A., Caton, J., Cogley, Z., Engel, M., Feltz, S., Ilea, R., Johnson, S., & Offer-Westort, T., (in press). Developing an Objective Measure of Knowledge of Factory Farming. *Philosophical Psychology.*
3. Tanner, B., & Feltz, A. (in press). Comparing effects of default nudges and

2

informing on recycled water decisions. *Journal of Experimental Psychology: Applied.*

4. Feltz, A., Cokely, E.T., & Tanner, B. (in press). The Free Will and Punishment Scale: Efficient measurement and predictive validity across diverse and nationally representative adult samples. *Consciousness and Cognition.*

5. Vucetich, J,., Damania, R., Cushman, S., Macdonald, E., Burnham, D., Offer-Westort, T., Bruskotter, J., Feltz, A., van Eeden, L., & MacDonald, D. (in press). Biocentric economics: What is it, is it necessary, and can it avert the biodiversity crisis? *BioScience.*

6. Feltz, A., Tanner, B., Hoang, G., Holt., H., Asif, M. (In press). Free Will and Skilled Decision Theory. In T. Nadelhoffer, & Mondoe, A. (Eds.). *Advances in Experimental Philosophy of Free Will and Moral Responsibility.* London: Bloomsbury.

7. Mahmoud-Elhaj, D., Tanner, B., Sabatini, D., & Feltz, A. (2020). Measuring objective knowledge of potable recycled water. *Journal of Community Psychology, 48,* 2033-2052.

8. Offer-Westort, T., Feltz, A., Bruskotter, J., & Vucetich, J. (2020). What is an endangered species?: Judgments about acceptable risk. *Environmental Research Letters, 15,* 014010.

9. Earp, B. D., Demaree-Cotton, J., Dunn, M., Dranseika, V., Everett, J. A. C., Feltz, A., Geller, G., Hannikainen, I. R., Jansen, L., Knobe, J., Kolak, J., Latham, S., Lerner, A., May, J., Mercurio, M., Mihailov, E., Rodriguez-Arias, D., Rodriguez Lopez, B., Savulescu, J., Sheehan, M., Strohminger, N., Sugarman, J., Tabb, K., & Tobia, K. (2020). Experimental philosophical bioethics. *AJOB Empirical Bioethics, 11,* 30-33.

10. Feltz, S. & Feltz, A. (2019). Consumer accuracy at identifying plant-based and dairy-based milk products. *Food Ethics, 4,* 85-112.

11. Feltz, S., & Feltz, A. (2019). The Knowledge of Animals as Food Scale. *Human-Animal Interaction Bulletin*, 7, 19-45.

12. Feltz, A., & Cokely, E.T. (2019) Extraversion and compatibilist intuitions: A ten-year retrospective and meta-analysis. *Philosophical Psychology*, *32,* 388-403.

13. Cokely, E. T., Feltz, A., Ghazal, S., Allan, J., Petrova, D., & Garcia-Retamero, R. (2018). Skilled Decision Theory: From intelligence to numeracy and expertise. In A. Ericsson, R. Hoffman, A. Kozbelt, & A. Williams (Eds.), *Cambridge Handbook of Expertise and Expert Performance* (pp. 476-505). Cambridge: Cambridge University Press.

14. Brown, L., Feltz, A., & Wallace, C. (2018). Lab exercises for a discrete structures course: exploring logic and relational algebra with Alloy. In P*roceedings of the 23rd Annual ACM Conference on Innovation and Technology in Computer Science Education (ITiCSE 2018)* (pp. 135-140). New York: ACM.

15. Garcia-Retamero, R., Petrova, D., Feltz, A., & Cokely, E.T. (2017). Measuring Graph Literacy: A systematic review and a meta-analysis. *Encyclopedia of Health and Risk Message Design and Processing.* Cambridge University Press.

16. Feltz, A., & Cokely, E.T. (2017). Informing ethical decision making. In K. Rommelfanger & L.S. Johnson (Eds.) *Handbook of Neuroethics* (pp. 304-318). New York: Routledge.

17. Feltz, A., & May, J. (2017). The means/side-effect distinction in moral cognition:

3

A meta-analysis. *Cognition, 166,* 314-327.

18. Feltz, A. (2017). Folk intuitions. In M. Griffith, N. Levy, & K. Timpe (eds) *The Routledge Companion to Free Will* (pp. 468-576). New York: Routledge.
19. Feltz, A., & Cokely, E. T. (2016). Personality and philosophical bias. In J. Sytsma & W. Buckwalter (Eds.), *A Companion to Experimental Philosophy* (pp. 578-589). New York: Wiley-Blackwell.
20. Feltz, A. (2016). Surrogate financial decision making: Lessons from applied experimental philosophy. *The Spanish Journal of Psychology, 19, doi: 10.1017/sjp.2016.54* .
21. Feltz, A., Cokely, E. T., & Nelson, B. (2016). Experimental philosophy needs to matter: Reply to Andow and Cova. *Philosophical Psychology, 29,* 567-569.
22. Feltz, A. (2015). Experimental philosophy of actual and counterfactual free will intuitions. *Consciousness and Cognition, 36,* 113-130.
23. Feltz, A. (2015). Everyday attitudes about euthanasia and the slippery slope argument. In M. Cholbi & J. Varelius (Eds.), *New Directions in the Ethics of Assisted Suicide* (pp. 217-237). New York: Springer.
24. Feltz, A., & Millan, M. (2015). An error theory for compatibilist intuitions. *Philosophical Psychology, 28,* 529-555.
25. Feltz, A. (2015). Ethical information transparency and sexually transmitted diseases. *Current HIV Research, 13,* 421-431.
26. Cokely, E.T., & Feltz, A. (2014). Expert Intuition. In L. Osbeck & B. Held (Eds.) *Rational Intuition* (pp. 213-238). Cambridge: Cambridge University Press.
27. Feltz, A., & Cova, F. (2014). Moral responsibility and free will: A meta-analysis. *Consciousness and Cognition, 30,* 234-246.
28. Feltz, A., & Cokely, E.T. (2014). The terror or 'terrorists': An investigation in experimental applied ethics. *Behavioral Sciences of Terrorism and Political Aggression, 6,* 195-211.
29. Feltz, A., & Cokely, E.T. (2013). Predicting philosophical disagreement. *Philosophy Compass, 8/10,* 978-989.
30. Feltz. A., & Cokely, E.T. (2013). Virtue or consequences: The folk against Pure Evaluational Internalism. *Philosophical Psychology, 26,* 702-717.
31. Feltz, A. (2013). Pereboom and premises: Asking the right questions in the experimental philosophy of free will. *Consciousness and Cognition, 22,* 54-63.
32. Feltz, A., & Samayoa, S. (2012). Heuristics and life-sustaining treatments. *Journal of Bioethical Inquiry, 9,* 443-455.
33. Feltz, A., & Abt, T. (2012). Claims about surrogate decision-making accuracy require empirical evidence. *The American Journal of Bioethics, 12,* 41-43.
34. Feltz, A., & Cokely, E.T. (2012). The virtues of ignorance. *The Review of Philosophy and Psychology, 3,* 335-350.
35. Feltz, A., Harris, M., & Perez, A. (2012). Perspective in intentional action attribution. *Philosophical Psychology, 25,* 673-687.
36. Feltz, A., Perez, A., & Harris, M. (2012). Free will, causes, and decisions: Individual differences in written reports. *The Journal of Consciousness Studies, 19*, 166-189.
37. Feltz, A., & Cokely, E.T. (2012). The Philosophical Personality Argument. *Philosophical Studies, 161,* 227-246.
38. Cokely, E.T., & Feltz, A. (2011). Virtue in business: Morally better, praiseworthy, trustworthy, and more satisfying. *Journal of Organizational Moral Psychology,*

4

*2,* 13-26.

39. Schulz, E., Cokely, E.T., & Feltz, A. (2011). Persistent bias in expert judgments about free will and moral responsibility: A test of the Expertise Defense. *Consciousness and Cognition, 20,* 1722-1731.

40. Feltz, A., & Cokely, E.T. (2011). Individual Differences in Theory-of-Mind Judgments: Order Effects and Side Effects. *Philosophical Psychology, 24,* 343-355.

41. Miller, J., & Feltz, A. (2011). Frankfurt and the folk: An Empirical Investigation. *Consciousness and Cognition, 20,* 401-414.

42. Feltz, A., & Zarpentine, C. (2010). Do you know more when it matters less? *Philosophical Psychology, 23,* 683-706.

43. Feltz, A., Harris, M., & Perez, A. (2010). Actor-observer differences in intentional action intuitions. In S. Ohlsson & R. Catrambone (Eds.), *Proceedings of the 32nd Annual Conference of the Cognitive Science Society* (pp. 2560-2565). Austin, TX: Cognitive Science Society.

44. Cokely, E. T., & Feltz, A. (2010). Questioning the free will comprehension question. In S. Ohlsson & R. Catrambone (Eds.), *Proceedings of the 32nd Annual Conference of the Cognitive Science Society* (pp. 2440-2445). Austin, TX: Cognitive Science Society.

45. Feltz, A., & Bishop, M. (2010). The proper role of intuitions in epistemology. In M. Milkowski & K. Talmont-Kaminski (Eds.), *Beyond Description: Normativity in Naturalised Philosophy* (pp. 101-122). London: College Publications.

46. Cokely, E. T., & Feltz, A. (2010). Adaptive diversity and misbelief. *Behavioral and Brain Sciences, 32,* 526.

47. Livengood, J., Sytsma, J, Feltz, A., Scheines, R., & Machery, E. (2010). Philosophical temperament. *Philosophical Psychology, 23,* 313-330.

48. Feltz, A. (2009). Experimental philosophy. *Analyse & Kritik, 31,* 201-219.

49. Feltz, A., & Cokely, E.T. (2009). Do Judgments about Freedom and Responsibility Depend on Who You Are? Personality Differences in Intuitions about Compatibilism and Incompatibilism. *Consciousness and Cognition, 18,* 342-350. (Target Article)

50. Cokely, E.T., & Feltz, A. (2009). Adaptive variation in judgment and philosophical intuition. *Consciousness and Cognition, 18,* 355-357.

51. Cokely, E.T., & Feltz, A. (2009). Individual differences, judgment biases, and Theory-of-Mind: Deconstructing the intentional action side effect asymmetry. *Journal of Research in Personality, 43,* 18-24.

52. Feltz, A., Cokely, E.T., & Nadelhoffer, T. (2009). Natural compatibilism v. natural incompatibilism. *Mind & Language, 24,* 1-23.

53. Feltz, A. (2008). Problems with the appeal to intuition in epistemology. *Philosophical Explorations, 11,* 131-141.

54. Nadelhoffer, T., & Feltz, A. (2008). The actor-observer bias and moral intuitions: Adding fuel to Sinnott-Armstrong's fire. *Neuroethics, 1,* 133-144.

55. Feltz, A., & Cokely, E. T. (2008). The fragmented folk: More evidence of stable individual differences in moral judgments and folk intuitions. In B. C. Love, K. McRae & V. M. Sloutsky (Eds.), *Proceedings of the 30th Annual Conference of the Cognitive Science Society* (pp. 1771-1776). Austin, TX: Cognitive Science Society.

56. Nadelhoffer, T., & Feltz, A. (2007). Folk intuitions, slippery slopes, and necessary

Case 2:18-cv-04173-FJG   Document 140   Filed 12/15/22   Page 40 of 56

fictions: An essay on Saul Smilansky's free will illusionism. *Midwest Studies in Philosophy, 31*, 202-213.

57. Feltz, A. (2007). Knowledge, moral praise, and moral side effects. *Journal of Theoretical and Philosophical Psychology, 27*, 123-126.

58. Feltz, A. (2007). The Knobe effect: A brief overview. *The Journal of Mind and Behavior, 28,* 265-277.

59. Feltz, A., & Cokely, E.T. (2007). An anomaly in intentional action ascriptions: More evidence of folk diversity. In D.S. McNamara & J.G. Trafton (Eds.), *Proceedings of the 29th Annual Cognitive Science Society* (p. 1748). Austin, TX: Cognitive Science Society.

REVIEWS

1. Feltz, S. & Feltz , A. (in press). Michael Bishop, *The Good Life: Integrating the Philosophy and Psychology of Well-being. Philosophical Psychology.*

2. Feltz, A. (in press). Joshua Knobe and Shaun Nichols, *Experimental Philosophy. Polish Journal of Philosophy.*

3. Feltz, A. (in press). Christina Miller, *Moral Character. Philosophical Psychology.*

INVITED PRESENTATIONS

1. "Ethical Risk Communication" University of Oklahoma, Spring 2018

2. "Informed, Ethical Decision Making"
   North Carolina State University, Spring 2016
   Tulane University, Spring 2016

3. "Ethical Information Transparency and Informed Decision Making" University Of Leeds, UK, Spring 2015.

4. "Philosophical Bias and Applied Experimental Philosophy" Northern Michigan University, Spring, 2014.

5. "Ethical Decision Making" Michigan Technological University, Houghton, MI, Spring 2013

6. "Predicting Philosophical Bias"
   University of Central Florida, Summer, 2012.
   University of California Merced, Spring 2013.

7. "Philosophical Dilemmas, Philosophical Personality, and Philosophy in Action" Experiments in Ethical Dilemmas University of London, London, Spring 2012.

8. "Persistent Bias in Philosophical Intuitions" Max Planck Institute for Human Development, Adaptive Behavior and Cognition Group, Berlin, Summer 2011.

9. "Heuristics of Virtue" A Science of Virtue Symposium, University of Chicago, Spring 2011.

REFEREED PRESENTATIONS

1. "Animal Production Consumption: Measurement and Education" German Institute for Economic Research (DIW), Berlin, Germany. Fall 2019.

6

2. "Applied ethics and animal consumption" 42nd Midsouth Philosophy Conference, Memphis, TN, Spring 2018.
3. "Know what you eat: Experimental Philosophy and Animal Ethics" 41st Midsouth Philosophy Conference, Memphis, TN. Spring 2017.
4. "The Means/Side-effect distinction in moral cognition: A meta-analysis" 41st Midsouth Philosophy Conference, Memphis, TN. Spring 2017.
5. "Measures of Agency" American Philosophical Association Central Meeting, Kansas City, MO, Spring 2017.
6. "Free will and Punishment: Measuring the Major Factors of Free Will Attitudes" 40th Midsouth Philosophy Conference, Memphis, TN. Spring 2016.
7. "The Knowledge of Brain Death Scale" poster presentation at the 36th Annual Society for Judgment and Decision Making conference, Chicago, IL, Fall 2015.
8. "Applied Experimental Philosophy: Death" 39th Annual Midsouth Philosophy Conference, Memphis, TN. Spring 2015.
9. "Moral Responsibility and Free Will: A Meta-analysis" The American Philosophical Association Central Division Meeting, Chicago, IL, Spring 2014.
10. "Experimental Philosophy of Actual and Counterfactual Free Will Intuitions" 38th Mid-South Philosophy Conference, Memphis, TN, Spring 2014.
11. "Free Will, Religion, and Fate: A Mediation Analysis" 37th Mid-South Philosophy Conference, Memphis, TN. Spring 2013.
12. "Most Folk are not Compatibilists." Northwest Philosophy Conference, Oregon State, Fall 2012.
13. "Pereboom and premises: Asking the right questions in the experimental philosophy of free will" 36th Annual Midsouth Philosophy Conference, Memphis, Spring 2012.
14. "Heuristics, Life-Sustaining Treatments, and Paternalism" Central Division of the American Philosophical Association, Minneapolis, Spring 2011.
15. "A Test of the Expertise Defense: Persistent Bias in Expert Judgments about Free Will and Moral Responsibility"
    - 35th Annual Midsouth Philosophy Conference, Memphis, Spring 2011
    - Southern Society for Philosophy and Psychology Annual Conference, New Orleans, Spring 2011.
16. "Heuristics, Life-Sustaining Treatments, and Paternalism" 35th Annual Midsouth Philosophy Conference, Memphis, Spring 2011
17. "The Philosophical Importance of Individual Differences" Experimental Philosophy Workshop, University of Wroclaw, Poland, Summer 2010.
18. "Actor-Observer Differences in Intentional Action Intuitions" 34th Annual Mid-South Philosophy Conference, Memphis, Spring 2010.
    - 34th Annual Midsouth Philosophy Conference, Memphis, Spring 2010.
    - 32nd Annual Cognitive Science Society Conference, Portland, Oregon, Summer 2010.
19. "The Philosophical Heritability Argument" at the 61st Northwest Philosophy Conference, Fall 2009.
20. "Frankfurt and the Folk: An Experimental Investigation of Frankfurt-Style Cases" at the 33rd Annual Mid-South Philosophy Conference, Spring 2009.
21. "Predicting Moral Judgment and Folk Intuitions" at the annual meeting of the Society for Judgment and Decision Making, Fall 2008.
22. "Individual Differences and the 'Truth' about Right and Wrong: Predicting

7

Variation in Meta-Ethics and Moral Judgments"
- The 33rd Annual Mid-South Philosophy Conference, Spring 2009.
- First Annual Interdisciplinary Approaches to Philosophy Conference, University of South Alabama, Spring 2009.

23. "The Actor-Observer Bias and Moral Intuitions: Adding Fuel to Sinnott-Armstrong's Fire" Southern Society of Philosophy and Psychology, Spring 2008.

24. "Do You Know More When It Matters Less?"
- The 32nd Annual Mid-South Philosophy Conference, Spring 2008.
- Southern Society of Philosophy And Psychology, Spring 2008

25. "Folk Intuitions, Slippery Slopes, and Necessary Fictions: An Essay on Saul Smilansky's Free Will Illusionism," the Inland Northwest Philosophy Conference Spring 2006.

26. "What is Intuition's Place in Epistemological Inquiry?" Southern Society of Philosophy and Psychology Conference, Spring 2005.

27. Comments on John Bickle's "Real Revolution in Neuro-science: Tool Development" 40th Midsouth Philosophy Conference, Memphis, TN. Spring, 2106.

28. Comments on Robert Barnard's "Expertise as Philosophical Reliablism." Mid-South Philosophy Conference, Memphis, Spring 2013.

29. Comments on Jeffery Englehardt's "The Problem of Second Effects" Midsouth Philosophy Conference, Memphis, Spring 2012.

30. Comments on Matt Drabek's "Feedback Bias in the Social Sciences: The Case of Paraphilia" 35th Annual Mid-South Philosophy Conference, Spring, 2011.

31. Comments on Walter Riker's "Must Corporations Obey the Spirit of the Law?" 35th Annual Mid-South Philosophy Conference, Spring, 2011.

32. Comments on Kathleen Voh's "Lay Beliefs In Free Will" at the Werkmeister Conference on Experimental Philosophy, Florida State University, Spring 2010.

33. Comments on Christopher Zarpentine's "Taking Diversity Seriously" at the 61st Annual Northwest Philosophy Conference, Fall 2009.

34. Comments on Joseph Ulatowski's "Two Senses of 'Ought' in Forrester's Paradox" at the 33rd Annual Mid-South Philosophy Conference, Spring 2009.

35. Comments on Adam Cureton's "Moral Intuitions about Large Numbers" at the Southern Society for Philosophy and Psychology's annual meeting, Spring 2009.

36. Comments on Adrian Patten's "Are the Rationality Wars Just?: A Look at the Question of Human Rationality," The 31st Annual Mid-South Philosophy Conference, Spring 2007.

37. Comments on Stacey Swain, Joshua Alexander, and Jonathan Weinberg's "The Instability of Philosophical Intuitions: Running Hot and Cold on Truetemp," The First Annual On-line Philosophy Conference, Spring 2006.

38. Comments on Jacob Canton's "The Trolley Problem in 3D". 41st Midsouth Philosophy Conference, Memphis, TN. Spring 2017

## Editorial Service

| | |
|---|---|
| *Journal of Experimental Psychology: Applied* | Editorial Board |
| *Human-Animal Interaction Bulletin* | Editorial Board |

# Exhibit B

# Silke Feltz

**CURRICULUM VITAE**
**September 2019**

219 East Duffy Street
Norman OK 73069
shfeltz@ou.edu
(850) 591 1716

---

## EDUCATION

Michigan Technological University
Ph.D., Rhetoric, Theory & Culture, August 2019

Otto-Friedrich-Universität Bamberg, Germany
First Bavarian Staatsexamen (Teaching Certification in English and German), Spring 2002

Otto-Friedrich-Universität Bamberg, Germany
M.A., English and German, Fall 2001

## RESEARCH AND TEACHING INTERESTS

| | |
|---|---|
| Research Focus | Food Ethics |
| Areas of Specialization | Composition and Developmental Writing, Technical Communication, ESL, Elementary and Intermediate German |
| Areas of Competence | English and German literature, Communication Studies (public speaking, writing & research), Pedagogy |

## EMPLOYMENT

| | |
|---|---|
| University of Oklahoma | Assistant Director in First-Year Composition, Fall 2021-Present |
| University of Oklahoma | Assistant Teaching Professor, 2020-Present |
| University of Oklahoma | Instructor, 2018-2020 |
| Michigan Technological University, MI | Composition Program Graduate Coordinator, 2016-2018 |

1

| | |
|---|---|
| Michigan Technological University, MI | Instructor, 2014-2018 |
| Schreiner University, TX | Instructor, Fall 2009-2014 |
| Schreiner University, TX | Adjunct Instructor,<br>Fall 2008-Spring 2009 |
| Tallahassee Community College, FL | Adjunct Instructor,<br>Fall 2007-Spring 2008 |
| Kishwaukee College, FL | Adjunct Instructor, Fall 2003-Spring 2004 |
| University of South Carolina, SC | Teaching Assistant, Fall 1998-Spring 1999 |
| Otto-Friedrich-Universität Bamberg, Germany | Adjunct Instructor (German as a Second<br>Language), Summer 1997 |

## PUBLICATIONS

*Peer-Reviewed Articles*

Currently, I am working on two articles that received a revise and resubmit.

Tweedale, K. and Feltz, S. (2022). Inviting Empathy: Social Action in the Technical and Professional Communication Classroom. *IEEE*. (proposal accepted and manuscript submitted).

Seigel, M.; Chase, J.; Herder, W.; Feltz, S.; Kitalong, K. S.; Romney, A.; and Tweedale, K.. (2020). Monstrous Composition: Reanimating the Lecture in First-Year Writing Instruction. *College Composition and Communication*. Volume 71 Number 4. Pgs. 643-671.

Feltz, S. and Feltz, A. (2019). Consumer Accuracy at Identifying Plant-based and Animal-based Milk Items. *Food Ethics*. Pgs. 1-28.

Feltz, S. and Feltz, A. (2019). The Knowledge of Animals as Food Scale. *Human-Animal Interaction Bulletin*. Volume 7 Number 2. Pgs. 19-45.

*Book Chapters*

Feltz, A. and Feltz, S (2021). Psychology and Vegan Studies. *The Routledge Handbook of Vegan Studies*. London and New York: Routledge.

Feltz, S. Rhetorical Constructions of the Rhetoric of Veganism. *Routledge*. (proposal accepted, manuscript submitted)

*Online Articles*

Feltz, S. (2018). My hive. In: *Activist History Review. The Future Is Another Country. December Issue.*

2

*Book Reviews*

Feltz, S. (2019). Review: Chimpanzee rights. *Metapsychology Online Reviews.* Ethics 23 (29). http://metapsychology.net/poc/view_doc.php?type=book&id=8296&cn=135&fbclid=IwAR1Kw0aG5EaCviPEciguODcyef_l9VYZkNyWz_nFlGMDI0HPTe0d4eQ1P_A

Feltz, S. (2018). Review: The Oxford handbook of food ethics. *Metapsychology Online Reviews.* Ethics 22 (28). http://metapsychology.mentalhelp.net/poc/view_doc.php?type=book&id=8108&cn=135

Feltz, S. (2017). Review: Personalities on the plate. *Metapsychology Online Reviews.* Ethics 21 (40). http://metapsychology.mentalhelp.net/poc/view_doc.php?type=book&id=7950&cn=135

Feltz, S. & Feltz, A. (October 2016). The good life: Unifying the philosophy and psychology of well-being. *Philosophical Psychology* 29 (8). 1253-1255.

*Poetry*

Feltz, S. (2021). Dear Vaccine (contributor). University of Kent.

Feltz, S. (2020). rockstar. revisited. In: *Writers: Craft & Context.* Vol 1 No 1. https://journals.shareok.org/writersccjournal/article/view/6/8

Feltz, S. (2020). Daughter of India. In: *Writers: Craft & Context.* https://journals.shareok.org/writersccjournal/article/view/6/8

Feltz, S. (2020). We Left Texas on Cinco de Mayo. In: *Writers: Craft & Context.* *https://journals.shareok.org/writersccjournal/article/view/6/8*

Feltz, S. (2018). Your maybe forever goodbye. In: *Peeking Cat Poetry's Anthology.* Ed.: Sam Rose.

Feltz, S. (2018). The youngest warrior of Maharashdra. In: *Postcard Poems and Prose.*

Feltz, S. (2017). One Elbi. In: *Child Owlet Literary Magazine.*

Feltz, S. (2017). I wish you well. In: *Child Owlet Literary Magazine.*

Feltz, S. (2017). These grounds. In: *Child Owlet Literary Magazine.*

Feltz, S. (2016). Nameless. In: *Drunk Monkeys.* http://www.drunkmonkeys.us/poetry/2016/5/13/poetry-nameless-silke-feltz

Feltz, S. (2016). Swimming lesson. In *Drift: Narratives from the Upper Peninsula (pp. 14-15).* Houghton, Michigan: Michigan Technological University.

3

Feltz, S. (2016). Defeat. In *Drift: Narratives from the Upper Peninsula (pp. 17).* Houghton, Michigan: Michigan Technological University.

*Website Manager:*

www.animaliq.org

## TALKS AND PRESENTATIONS

*Invited Talks*

"Effectively working with a community partner." March 3, 2022 at the University of North Texas in Denton, TX (Zoom).

"HUmanitarian knitting: a rhetorical intervention." March 3, 2022 at the University of North Texas in denton, TX (Zoom).

"Milk labeling and consumer confusion." With Adam Feltz. February 2019 at UCLA Law School in Los Angeles, California.

"Webinar: The Texas Language Consortium." April 2014 at Associated Colleges of the South in Kerrville, Texas.

"Shared Academics Seminar: The Texas Language Consortium." June 2013 at National Institute for Technology in Liberal Education Shared Academics Seminar.

"The Texas Language Consortium." April 2013 at National Institute for Technology in Liberal Education Symposium, April 2013 in Atlanta, Georgia.

"Poetry Reading: women warriors." November 2010 at California State University Fullerton Creative Writing Workshop in Fullerton, California.

"Foreign language learning." June 2010 at Schulkolleg Dr. Rampitsch in Nürnberg, Germany.

*Peer-Reviewed Talks and Presentations*

"Does Humane Education Change KNowledge, Attitudes, and Behaviors?" Animal Advocacy Conference: Insights from the Social Sciences. University of Kent, Summer 2021.

"Education's Impact on Knowledge, Attitudes, and Behaviors Involving Animals." International Society for Anthropology and Zoology. Summer 2021

"Animal Food Consumption: Measurement and Education." October 2019 at Deutsches Institut fuer Wirtschaftsforschung (DIW) in Berlin, Germany.

4

"How to engage in moral education: skilled decision making." March 2019 at Midsouth Philosophy Conference in Memphis, Tennessee.

"Keeping it real: performance pedagogy and empathy building in the writing classroom." March 2019 at Conference on College Composition and Communication in Pittsburgh, Pennsylvania.

"Applied ethics and animal consumption." March 2018 at Midsouth Philosophy Conference in Memphis, Tennessee.

"Monstrous composition: reanimating the lecture in first-year writing instruction." March 2018 at Conference on College Composition and Communication in Kansas, Missouri.

"Embodied making and empathy in the technical communication classroom." March 2018 at American Teachers of Technical Writing in Kansas City, Kansas.

"Shared perspectives on finding perspective on the tenure track." April 2017 at Southern States Communication Association in Greenville, South Carolina.

"Expanding the moral horizon through rhetorical ecologies." April 2017 at Southern States Communication Association/Philosophy and Ethics Interest Group in Greenville, South Carolina.

"Know what you eat: Experimental philosophy and animal ethics." March 2017 at Midsouth Philosophy Conference in Memphis, Tennessee.

"Personalizing the standard: Approaches to first-year composition." October 2016 at Michigan College English Association in Warren, Michigan.

"Communication as conscience: Animal rights in a nonideal world." April 2016 at Southern States Communication Association in Austin, Texas.

"'So, I'm not a good writer:' Using peer conferences to scaffold competence and confidence." April 2016 at Michigan Developmental Education Consortium, April 2016 in Bay City, Michigan.

"Moral schizophrenia and intersectionality." February 2016 at Midsouth Philosophy Conference in Memphis, Tennessee.

"*Stammtisch* approaches to crafting, networking, pedagogy, and community outreach." April 2015 at Southern States Communication Association in Tampa, Florida.

"*Le Petit Prince*: A big idea for a small liberal arts campus." November 2014 at American Council on the Teaching of Foreign Languages in San Antonio, Texas.

"Classroom of the future." April 2014 at Southern States Communication Association in New Orleans, Louisiana.

"Teaching beyond Schreiner: The Texas Language Consortium." October 2013 at Rocky Mountain Modern Language Association in Vancouver, Washington.

"Gallows voices: Surviving the battle of Berlin." September 2012 at West Virginia University Colloquium on Humor in Literature and Film in Morgantown, West Virginia.

"Poetry Reading: ½ a lifetime." March 2012 at Conference of College Teachers of English, in Fort Worth, Texas.

"Poetry Reading: Women warriors." April 2011 at Popular Culture Symposium in San Antonio, Texas.

"Poetry Reading: Liebestänze." April 2010 at California State University Fullerton Creative Writing and Composition Conference in Fullerton, California.

"Extreme Makeovers in the Writing Center: Mixing the materials." March 2010 at Conference of College Teachers of English in Texas.

*Poster Presentations*

"Food risk literacy: Knowledge of animal product consumption." November 2019 at Society of Judgment and Decision Making in Montreal, Canada.

"Food risk literacy: Results from studies of milk product literacy." November 2018 at Society of Judgment and Decision Making in New Orleans, Louisiana.

"Layered literacies, service learning, and knitting: A new approach to community advocacy and workplace readiness." April 2016 at Association of Teachers of Technical Writing in Houston, Texas.

*Paper Commentaries*

Comment on Travis Hreno's paper, "The liberty enhancing effects of jury nullification." March 2019 at Midsouth Philosophy Conference in Memphis, Tennessee.

Comment on Emily Tilton's paper, "Against a ban on breast implants: A feminist approach." March 2018 at Midsouth Philosophy Conference in Memphis, Tennessee.

Comment on Alicia Hall's paper, "Theory building for health-related quality of life research." March 2017 at Midsouth Philosophy Conference in Memphis, Tennessee.

Comment on Daniel Doviak's paper, "Claims, Reasons, and Degrees of Fairness." February 2016 at Midsouth Philosophy Conference in Memphis, Tennessee.

*University, Departmental, and Community Talks*

"Veganism as a social problem." Invited guest lecture. November 2018 at the University of Oklahoma in Norman, Oklahoma.

6

"Humanitarian Knitting & Wellness." Invited guest lecture. October 2018 at the University of Oklahoma in Norman, Oklahoma.

"*StreetKnits* cowl knitting workshop." March 2018 at Michigan Tech in Houghton, Michigan.
    This workshop was held for faculty and graduate students at Michigan Tech.

"Lunch & Learn: All about going vegan." March 2018 at Michigan Technological University in Hoghton, Michigan. Invited talk.
    This talk offered the Michigan Tech community an introduction and overview of veganism.

"StreetKnits: Helping the homeless one stitch at a time." January 2018 at Houghton Rotary Club in Houghton, Michigan. Invited talk.
    This talk gave an overview of the *StreetKnits* project and discussed food insecurity on college campuses in America.

"Knitting and wellness." August 2017 at Ojibwa Community Library in Baraga, Michigan. Invited talk.
    This talk gave an overview of the *StreetKnits* project and discussed the connections of knitting and well-being to Native Americans.

"Poetry reading." March 2017 at Bluffs Nursing Home in Houghton, Michigan. Invited talk.
    This poetry reading was based on my own creative writing projects.

"Poetry Reading: From Goethe to slam poetry." January 2017 at Bluffs Nursing Home in Houghton, Michigan. Invited talk.
    This poetry reading offered an overview of some of the most prominent German voices throughout time.

"Slaughter, art, and tofu: The rhetorical ecologies of the pig." October 2016 at Rhetoric, Theory, and Culture Graduate Student Colloquium at Michigan Tech in Houghton, Michigan.

"Lunch & Learn: Knitting and Mindfulness." October 2016 at Michigan Tech in Houghton, Michigan.
    Invited talk about the connections between knitting and well-being, humanitarian knitting, and community building at Michigan Tech

"The Sexual Politics of Meat Slideshow" by Carol Adams. October 2016 at Michigan Tech in Houghton, Michigan.
    This inter-campus event between Michigan Tech and Northern Michigan raised an awareness about the rhetoric of veganism

"*StreetKnits* sock knitting workshop." March 2016 at Michigan Tech in Houghton, Michigan.
    This workshop was held for faculty and graduate students at Michigan Tech.

"*StreetKnits* hat knitting workshop." November 2015 at Michigan Tech in Houghton, Michigan.
    This workshop was held for faculty and graduate students at Michigan Tech.

7

**WORKSHOPS**

Accepted and participated in the week-long "Human-Animal-Studies Summer Institute" at the University of Illinois in Urbana-Champagne in July 2018.

**GRANTS**

2020-Present Co-Principal Investigator for Understanding Rodeos, UCLA Law School Animal Law and Policy Small Grants Program, $ 3,230 (with Adam Feltz)

2017-2018 Co-Principal Investigator for *Understanding Consumer Literacy about Milk*, UCLA Law School Animal Law and Policy Small Grants Program, $4,470 (with Adam Feltz)

Co-PI for *Knowing What You Eat: Measuring the Effectiveness of Educational Interventions on Animal Consumption.* Animal Charity Evaluators, $11,385. August 2017-May 2019 (with Adam Feltz, Syd Johnson, Mylan Engel, Ramona Ilea, Jacob Caton, and Carol Adams)

VegFund Grant, Carol Adams *The Sexual Politics of Meat* Lecture at MTU and NMU, Summer 2016 ($150)

**AWARDS AND HONORS**

FYC Faculty Excellence in Teaching Award, Fall 2021
   The awards committee votes for the winner of this award after faculty gets nominated and submits a teaching/reflection package.

Teaching Recognition, "Exceptional Average of 7 Dimensions," Spring 2018, Michigan Tech.
   This recognition is based on student evaluations at Michigan Tech. Among all teaching faculty, my teaching fell under the "Top 10 %."

Excellence in Teaching Award, Spring 2018
   The Humanities Department nominated me for this award.

Teaching Recognition, "Exceptional Average of 7 Dimensions," Spring 2017, Michigan Technological University.
   This recognition is based on student evaluations at Michigan Tech. Among all teaching faculty, my teaching fell under the "Top 10 %."

Schreiner University Summer Fellows Institute, Spring 2013
   Two faculty members from each department were selected as representatives of excellent teaching. This honor entailed monetary recognition and a week-long workshop on pedagogy which resulted in several university-wide talks and cross-campus collaborations.

Fulbright Travel Grant, Summer 1998
   The Fulbright Travel Grant covered my flight and provided me with start-up money when I studied abroad as an exchange student. It also entailed a weekend workshop in Bremen that prepared me for living abroad.

8

**COMMUNITY OUTREACH**

2013-Present: Founder of *StreetKnits*
*StreetKnits* is an international humanitarian knitting charity that provides knitwear to the homeless. Moreover, *StreetKnits* often pairs up with technical communication students in Texas and Michigan and raises awareness for homelessness while serving as a client in the academic classroom (www.streetknits2013.weebly.com).


**COURSES TAUGHT**

*Otto-Friedrich-Universität Bamberg, Germany:*

    German Style Variations
    German Vocabulary Expansion

*University of South Carolina, SC:*

    Elementary German I and II

*Kishwaukee College, IL:*

    English Composition and Rhetoric
English Composition and Literature
    Elementary German

*Tallahassee Community College, FL:*

    English Composition and Rhetoric

*Schreiner University, TX:*

    English Composition and Rhetoric
    English Composition and Literature
    Developmental Writing
    Technical Communication
    English Studies for Teachers
    Elementary German I and II (face-to-face and online)
    Intermediate German I and II (face-to-face and online)

*Michigan Technological University, MI:*

    English Composition
    Technical Communication (online)
    German 1A (face-to-face and online)
    Intermediate Pronunciation (ESL)
    Advanced Listening and Speaking (ESL)
    Advanced Pronunciation (ESL)
    Advanced Vocabulary (ESL)
    Advanced Reading (ESL)

9

Transitional Listening and Speaking (ESL)
Academic Support (ESL)

*University of Oklahoma, OK:*

ENGL 1113: Principles of Composition I
ENGL 1213: Principles of Composition II
ENGL 1913: Writing in the Health Professions

## SERVICE

August 2021-Present: Assistant Director of the FYC team at the University of Oklahoma

January 2021 - Present: Poetry Reviewer for *Writers: Craft & Context*

April 2021-Present: Reviewer for *Philosophy & Psychology*

July 2021-Present: Member of Committee A, University of Oklahoma

Jan 2021-May 2021: Member of the Editorial Board of The South Oval Review, the undergraduate journal launched in OU's FYC program

2020-Present: Member of the Celebration of Writing Committee, First-Year Writing Program at the University of Oklahoma

2020-Present: Member of the Professional Development Workshops Committee, First-Year Writing Program at the University of Oklahoma

2019-2020: Chair of the Archives Committee, First-Year Writing Program at the University of Oklahoma

2018-2019: Member of the Archives Committee, First-Year Writing Program at the University of Oklahoma

2016-2018: Co-Founding Editor of the undergraduate research journal, *The Portage Review* at Michigan Tech

2016-2017: Co-Founder of the Graduate Student Mentorship Program at Michigan Tech

2012-2014: Co-Advisor of the English Creative Writing Group at Schreiner University

2011-2014: Director of Monday Night Fiction at Schreiner University

2010-2011: Co-Director of Monday Night Fiction at Schreiner University

2010-2014: Member of the Allied Advance Program at Schreiner University

2009-2014: Co-Advisor of Delta Phi Epsilon at Schreiner University

2009-2012: Co-Advisor of Sigma Tau Delta at Schreiner University

10

2009-2014: Founder & Faculty Advisor of the German Stammtisch at Schreiner University

2009-2011: Founder of the English Composition Group at Schreiner University

2009-2010: Secretary of AAUW at Schreiner University

2003-2004: Member of the International Committee at Kishwaukee College

2003-2004: Founder of the German Stammtisch at Kishwaukee College

**MEMBERSHIPS**

2017-Present: Conference on College Composition and Communication

2016-1018: Association of Teachers of Technical Writing

2018-present: Affiliate member of the Women's and Gender Studies Faculty at the University of Oklahoma

**LANGUAGES**

German, native speaker
English, fluent

**REFERENCES**

Dr. Syd Johnson
Associate Professor
Center for Bioethics and Humanities
SUNY Upstate Medical University
618 Irving Avenue
Syracuse, NY 13210
johnsols@upstate.edu

Dr. Marika Seigel
Associate Professor of Rhetoric & Technical Communication
Michigan Technological University
Department of Humanities
1400 Townsend Drive
Houghton MI 49931
maseigel@mtu.edu

11

Dr. Mylan Engel
Professor of Philosophy
Northern Illinois University
1425 Lincoln Drive
DeKalb IL 60115
mylan-engel@niu.edu

12