IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TURTLE ISLAND FOODS SPC d/b/a the TOFURKY COMPANY and THE GOOD FOOD INSTITUTE, INC., <br>     *Plaintiffs*, <br> v. <br><br> LOCKE THOMPSON, in his official capacity as Cole County prosecuting attorney and on behalf of a *defendant* class of all Missouri prosecuting attorneys, <br>     *Defendants*. | Case No. 2:18-cv-04173 FJG |

**Certificate of Service for Plaintiffs' Amended First Interrogatories, First Requests for Production, and First Requests for Admission to Intervenor State of Missouri**

Undersigned counsel hereby certifies that on January 9, 2023, pursuant to this Court's order (Doc. 136), Plaintiffs' Amended First Interrogatories, First Requests for Production, and First Requests for Admission to Intervenor State of Missouri were sent via email to counsel for the State of Missouri:

JASON K. LEWIS
Chief Counsel for Governmental Affairs
P.O. Box 861
St. Louis, Missouri 63188
Phone: (314) 340-7832
jason.lewis@ago.mo.gov

    Respectfully submitted,

    /s/ Gillian R. Wilcox
    Gillian R. Wilcox, #61278MO
    ACLU of Missouri Foundation
    406 W. 34th Street, Suite 420
    Kansas City, MO 64111
    Phone: (816) 470-9938

Fax: (314) 652-3112
gwilcox@aclu-mo.org

Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Amanda Howell, *pro hac vice*
Holly Bainbridge, *pro hac vice*
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, California 94931
Phone: (707) 795-2533

Jessica Almy, *pro hac vice*
Laura Braden, *pro hac vice*
The Good Food Institute
1380 Monroe St. NW #229
Washington, DC 20010
Phone: (866) 849-4457

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, to be served on all counsel of record.

/s/ Gillian R. Wilcox

2