# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| TURTLE ISLAND FOODS, SPC, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:18-CV-04173 ) |
| LOCKE THOMPSON, in his official Capacity as Cole County Prosecuting Attorney and on behalf of all Missouri Prosecuting Attorneys, | ) ) ) ) ) |
| Defendant, | ) ) |
| STATE OF MISSOURI, Intervenor-Defendant | ) ) ) |

## ORDER

Currently pending before the court is Plaintiffs' Motion for Leave to File Suggestions in Excess of Fifteen Pages (Doc. # 154), defendant Chinn and the State of Missouri's Motion for Leave to File Summary Judgment Motion Out of Time (Doc. # 155) and Motion for Leave to File Pages In Excess of Local Rule 7(d) (Doc. # 157).

Plaintiffs and defendants both seek leave to exceed the page limitation for their Suggestions in Support of their Summary Judgment motions. For good cause shown and with no opposition indicated, the Court hereby **GRANTS** the Motions for Leave to Exceed the Page Limitation in Local Rule 7(d). Plaintiffs are given leave to file Summary Judgment Suggestions up to and including thirty-five pages and Defendants are allowed to file Summary Judgment Suggestion up to and including eighteen pages.

Additionally, defendants filed a Motion for Leave to file their Motion for Summary Judgment Motion Out of Time (Doc. # 155). The deadline for filing Summary Judgment Motions was May 31, 2023. Counsel for defendants was unable to meet the deadline due to the press of other business. However, the Motion was submitted only three hours after the deadline. Accordingly, for good cause shown the Motion for Leave to File Out of Time is hereby **GRANTED** (Doc. # 155).

Date: <u>June 1, 2023</u>  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge