# Exhibit H

| | |
|---|---|
| **From**: | Leroy, Emily [/O=MISSOURI STATE GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRUNDICK, EMILYA5E] |
| **Sent**: | 5/21/2018 9:54:26 AM |
| **To**: | Taylor, Shantell [/O=MISSOURI STATE GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Taylor, Shantellaf6] |
| **Subject**: | Fake Meat Bill |

Currently, MDA is responsible for enforcing the Meat Advertising Law, sections 265.490 – 265.499, RSMo. (http://revisor.mo.gov/main/OneSection.aspx?section=265.490&bid=14353&hl=).

The "fake meat" bill adds to the list of "misleading or deceptive practices" outlined in section 265. 494, RSMo. Subsection (7) now reads "Misrepresenting the cut, grade, brand or trade name, or weight or measure of any product**, or misrepresenting a product as meat that is not derived from harvested production livestock or poultry;**". The **bold** text is new language.

You can read just the "fake meat" bill here (SB 977): http://www.senate.mo.gov/18info/pdf-bill/intro/SB977.pdf.

NOTE: The link above brings you to SB 977 which did not pass, but the fake meat provision is identical to what did pass in the ag omnibus bill, SB 627: http://www.senate.mo.gov/18info/pdf-bill/perf/SB627.pdf. SB 627 contains several provisions and is much longer. If you are only interested in fake meat then reading SB 977 will suffice.