UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JUDGMENT IN A CIVIL CASE

TURTLE ISLAND FOODS, SPC, et al., )
)
       Plaintiff, )
)
vs. ) Case No. 2:18-04173-CV-C-FJG
)
LOCKE THOMPSON, et al., )
)
       Defendant. )

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion for summary judgment, is hereby GRANTED as to all counts. It is further

**ORDERED** that

Plaintiff's motion for summary judgment, is hereby DENIED.

  March 26, 2024           Paige Wymore-Wynn
Date                              Clerk

Entered on  March 26, 2024        /s/ Christy Anderson
                                      (By) Deputy Clerk